AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 0 5 - 3 5 9 -

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## NOTICE OF AVAILABILITY OF A
## UNITED STATES MAGISTRATE JUDGE
## TO EXERCISE JURISDICTION

I HEREBY ACKNOWLEDGE RECEIPT OF ___9___ COPIES OF AO FORM 85.

___6/6/05___  ___Joseph M B___
(Date forms issued)  (Signature of Party or their Representative)

___Joseph M Bernstein___
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action