IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINA MONGELLI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 05-359 SLR |
| v. ) | |
| ) | TRIAL BY JURY DEMANDED |
| RED CLAY CONSOLIDATED SCHOOL DISTRICT ) | |
| BOARD OF EDUCATION; IRWIN J. BECNEL, JR., ) | |
| CHARLES CAVANAUGH, GARY LINARDUCCI, ) | |
| LORETTA C. RICE, JAMES D. TAYLOR, MARTIN A. ) | |
| WILSON, SR., INDIVIDUALLY AND IN THEIR ) | |
| OFFICIAL CAPACITIES AS MEMBERS OF THE RED ) | |
| CLAY CONSOLIDATED SCHOOL DISTRICT BOARD OF ) | |
| EDUCATION; ROBERT J. ANDRZEJEWSKI, ) | |
| INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS ) | |
| SUPERINTENDENT OF THE RED CLAY ) | |
| CONSOLIDATED SCHOOL DISTRICT; AND RED CLAY ) | |
| CONSOLIDATED SCHOOL DISTRICT, ) | |
| ) | |
| Defendants. | |

## MOTION TO DISMISS AND/OR FOR AN ORDER AWARDING THE INDIVIDUAL DEFENDANTS QUALIFIED IMMUNITY

Defendants, by and through the undersigned counsel, hereby move to dismiss all claims under Title VII of Civil Rights Action 1964, filed against the individual Defendants and/or for an order awarding the individual Defendants qualified immunity from Plaintiff's claims under 42 U.S.C. § 1983 and the Fourteenth Amendment to the United States Constitution.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/

Barry M. Willoughby, Esquire (No. 1016)
Michael P. Stafford, Esquire (No. 4461)
The Brandywine Building
1000 West Street, 17th Floor,
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6666; Facsimile: (302) 576-3345
Email: bwilloughby@ycst.com; mstafford@ycst.com
Attorneys for Defendants

Dated: September 6, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2005, I electronically filed a true and correct copy of the foregoing Motion to Dismiss, with the Clerk of the Court using CM/ECF, and further caused a copy of same to be served by hand-delivery on the following counsel of record:

>Joseph M. Bernstein, Esquire
>800 North King Street, Suite 302
>Wilmington, DE 19801

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>_____
>Barry M. Willoughby, Esquire (No. 1016)
>Michael P. Stafford, Esquire (No. 4461)
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, Delaware 19899-0391
>Telephone: (302) 571-6666
>Facsimile: (302) 576-3345
>Email: bwilloughby@ycst.com, mstafford@ycst.com

Dated: September 6, 2005