IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINA MONGELLI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 05-359 SLR |
| v. ) | |
| ) | TRIAL BY JURY DEMANDED |
| RED CLAY CONSOLIDATED SCHOOL DISTRICT ) | |
| BOARD OF EDUCATION; IRWIN J. BECNEL, JR., ) | |
| CHARLES CAVANAUGH, GARY LINARDUCCI, ) | |
| LORETTA C. RICE, JAMES D. TAYLOR, MARTIN A. ) | |
| WILSON, SR., INDIVIDUALLY AND IN THEIR ) | |
| OFFICIAL CAPACITIES AS MEMBERS OF THE RED ) | |
| CLAY CONSOLIDATED SCHOOL DISTRICT BOARD OF ) | |
| EDUCATION; ROBERT J. ANDRZEJEWSKI, ) | |
| INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS ) | |
| SUPERINTENDENT OF THE RED CLAY ) | |
| CONSOLIDATED SCHOOL DISTRICT; AND RED CLAY ) | |
| CONSOLIDATED SCHOOL DISTRICT, ) | |
| ) | |
| Defendants. | |

## STIPULATION

The parties, by and their the undersigned counsel, hereby stipulate and agree that briefing on Defendants' Motion to Dismiss and/or Motion for an order of qualified immunity on behalf of the individual Defendants shall proceed on the following schedule:

    Defendants' Opening Brief on or before October 20, 2005;

    Plaintiff's Answering Brief on or before November 21, 2005;

    Defendants' Reply Brief on or before December 6, 2005.

| LAW OFFICES OF JOSEPH M. BERNSTEIN | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ Joseph M B—+* | */s/ B— —* |
| Joseph M. Bernstein, Esquire (No. 780)<br>800 North King Street, Suite 302<br>Wilmington, DE 19801<br>(302) 656-9850; (302) 656-9836<br>jmbern002@comcast.net<br>Attorney for Plaintiff | Barry M. Willoughby, Esquire (No. 1016)<br>Michael P. Stafford, Esquire (No. 4461)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899-0391<br>(302) 571-666; (302) 576-3345<br>bwilloughby@ycst.com; mstafford@ycst.com<br>Attorneys for Defendants |

SO ORDERED this _____ day of _____, 2005.

_____
The Honorable Sue L. Robinson

| LAW OFFICES OF JOSEPH M. BERNSTEIN | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| *[signature: Joseph M B—+]* | *[signature: B— —]* |
| Joseph M. Bernstein, Esquire (No. 780)<br>800 North King Street, Suite 302<br>Wilmington, DE 19801<br>(302) 656-9850; (302) 656-9836<br>jmbern002@comcast.net<br>Attorney for Plaintiff | Barry M. Willoughby, Esquire (No. 1016)<br>Michael P. Stafford, Esquire (No. 4461)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899-0391<br>(302) 571-666; (302) 576-3345<br>bwilloughby@ycst.com; mstafford@ycst.com<br>Attorneys for Defendants |

SO ORDERED this _____ day of _____, 2005.

_____
The Honorable Sue L. Robinson