IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINA MONGELLI, <br>     Plaintiff, <br><br> v. <br><br> RED CLAY CONSOLIDATED SCHOOL DISTRICT BOARD OF EDUCATION; IRWIN J. BECNEL, JR, CHARLES CAVANAUGH, GARY LINARDUCCI, LORETTA C. RICE, JAMES D. TAYLOR, MARTIN A. WILSON, SR., individually and in their official capacities as members of the Red Clay Consolidated School District Board of Education; ROBERT J. ANDRZEJEWSKI, individually and in his official capacity as Superintendent of the Red Clay Consolidated School District; and RED CLAY CONSOLIDATED SCHOOL DISTRICT,: <br>     Defendants. | : <br> : <br> : <br> : <br> : <br> : Civil Action No. 05-359 SLR <br> : <br> : <br> : TRIAL BY JURY DEMANDED <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## STIPULATION

### Background

1. On September 6, 2005, the Defendants filed an Answer to the Complaint. Also, on September 6, 2005, the Defendants filed a Motion to Dismiss all claims under Title VII of the Civil Rights Act of 1964, filed against the individual Defendants and/or for an Order Awarding the Individual Defendants' Qualified Immunity from Plaintiff's claims under 42 U.S.C. § 1983 and the Fourteenth Amendment to the United States Constitution (hereinafter, the "Motion"). On September 7, 2005, the parties also entered into a stipulated briefing schedule with respect to the Motion.

2. At the time that the Answer and Motion were filed, Plaintiff's counsel was

recuperating at home from surgery to repair a partially detached retina, which had taken place on

August 30, 2005. Through phone conversations with defense counsel, Barry M. Willoughby, Esquire, Plaintiff's counsel became aware of the Motion to Dismiss and Stipulation and agreed to the Stipulation, which was signed by another attorney in Plaintiff's counsel's office.

3. Plaintiff's counsel was not aware, however, that an Answer had been filed. Plaintiff's counsel returned to work on a full-time basis on October 3, 2005.

4. On October 20, 2005, the Defendants filed their Opening Brief in support of the Motion to Dismiss. After reviewing Defendants' Brief, it became apparent to Plaintiff's counsel that the claims asserted in the Complaint needed to be clarified and also that an additional claim should be asserted.

5. In the belief that the Defendants had not filed an Answer to the Complaint, Plaintiff filed a First Amended Complaint, without seeking leave of the Court, on October 31, 2005. Because Defendants had, in fact, filed an Answer, the Plaintiff should have sought leave of the Court for permission to file the First Amended Complaint.

**THEREFORE IT IS HEREBY STIPULATED** by and between the undersigned, subject to the approval of the Court, as follows:

(A) The Defendants do not object to the filing of the First Amended Complaint and the parties jointly request that the Court allow the filing of the First Amended Complaint as if leave of the Court had been obtained in accordance with *Fed. R. Civ. P.* 15.

(B) The Plaintiff has withdrawn with prejudice her claims previously asserted against the Individual Defendants, in both their individual and official capacities, under Title VII of the Civil Rights Act of 1964.

2

(C) The Plaintiff has withdrawn with prejudice her claims previously asserted against the Individual Defendants, in both their individual and official capacities, under the Fourteenth Amendment to the United States Constitution.

(D) The Plaintiff having withdrawn with prejudice the claims that were the subjects of the Motion, Defendants' Motion to Dismiss is now moot.

(E) The Defendants shall have until Wednesday, November 16, 2005 to file an Answer to the Amended Complaint and may, at their option, file an additional Motion to Dismiss and/or for an Award of Qualified Immunity at that time.

| | |
|---|---|
| JOSEPH M. BERNSTEIN, ATTORNEY AT LAW | YOUNG, CONAWAY, STARGATT & TAYLOR |
| /s/ Joseph M. Bernstein | /s/ MS |
| JOSEPH M. BERNSTEIN (#780) | Barry M. Willoughby, Esquire (No. 1016) |
| 800 N. King Street - Suite 302 | Michael P. Stafford, Esquire (No. 4461) |
| Wilmington, DE 19801 | The Brandywine Building |
| 302-656-9850 | 1000 West Street - 17th Floor |
| 302-656-9836 (Fax) | Wilmington, DE 19801 |
| E-mail: jmbern001@comcast.net | 302-571-6666,6653 |
| Attorney for Plaintiff | Email: bwilloughby@ycst.com; mstafford@ycst.com |
| | Attorneys for Defendants |

SO ORDERED, this ____ day of _____, 2005

_____
Sue L. Robinson, District Judge