IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINA MONGELLI,<br><br>    Plaintiff,<br><br>v.<br><br>RED CLAY CONSOLIDATED SCHOOL DISTRICT BOARD OF EDUCATION; IRWIN J. BECNEL, JR., CHARLES CAVANAUGH, GARY LINARDUCCI, LORETTA C. RICE, JAMES D. TAYLOR, MARTIN A. WILSON, SR., INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES AS MEMBERS OF THE RED CLAY CONSOLIDATED SCHOOL DISTRICT BOARD OF EDUCATION; ROBERT J. ANDRZEJEWSKI, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS SUPERINTENDENT OF THE RED CLAY CONSOLIDATED SCHOOL DISTRICT; AND RED CLAY CONSOLIDATED SCHOOL DISTRICT,<br><br>    Defendants. | )<br>)<br>)<br>)<br>) C.A. No. 05-359 SLR<br>)<br>) TRIAL BY JURY DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION

The parties, by and their the undersigned counsel, hereby stipulate and agree that briefing on Defendants' Motion to Dismiss and/or for award of qualified immunity on behalf of the Individual Defendants shall proceed on the following schedule:

Defendants' Opening Brief on or before December 16, 2005;

Plaintiff's Answering Brief on or before January 16, 2006;

Defendants' Reply Brief on or before January 31, 2006.

| LAW OFFICES OF JOSEPH M. BERNSTEIN | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| *Joseph M B----* | *B----* |
| Joseph M. Bernstein, Esquire (No. 780)<br>800 North King Street, Suite 302<br>Wilmington, DE 19801<br>(302) 656-9850; (302) 656-9836<br>jmbern002@comcast.net<br>Attorney for Plaintiff | Barry M. Willoughby, Esquire (No. 1016)<br>Michael P. Stafford, Esquire (No. 4461)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899-0391<br>(302) 571-666; (302) 576-3345<br>bwilloughby@ycst.com; mstafford@ycst.com<br>Attorneys for Defendants |

SO ORDERED this _____ day of _____, 2005.

_____
The Honorable Sue L. Robinson