## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2006, I electronically filed the foregoing Plaintiff's Brief in Opposition to Defendants' Motion to Dismiss with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> Barry M. Willoughby, Esquire
> Michael P. Stafford, Esquire
> Young, Conaway, Stargatt & Taylor, LLP
> The Brandywine Building
> 1000 West Street - 17th Floor
> Wilmington, DE 19801

I hereby certify that on January 14, 2006, I caused a copy of same to be served by First Class Mail delivery on the above.

> s/ Joseph M. Bernstein
> JOSEPH M. BERNSTEIN (Bar #780)
> 800 N. King Street - Suite 302
> Wilmington, DE 19801
> 302-656-9850
> E-mail: jmbern001@comcast.net