IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTINA MONGELLI, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-359 SLR |
| | ) | |
| RED CLAY CONSOLIDATED SCHOOL DISTRICT | ) | TRIAL BY JURY DEMANDED |
| BOARD OF EDUCATION; IRWIN J. BECNEL, JR., | ) | |
| CHARLES CAVANAUGH, GARY LINARDUCCI, | ) | |
| LORETTA C. RICE, JAMES D. TAYLOR, MARTIN A. | ) | |
| WILSON, SR., INDIVIDUALLY AND IN THEIR | ) | |
| OFFICIAL CAPACITIES AS MEMBERS OF THE RED | ) | |
| CLAY CONSOLIDATED SCHOOL DISTRICT BOARD OF | ) | |
| EDUCATION; ROBERT J. ANDRZEJEWSKI, | ) | |
| INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS | ) | |
| SUPERINTENDENT OF THE RED CLAY | ) | |
| CONSOLIDATED SCHOOL DISTRICT; AND RED CLAY | ) | |
| CONSOLIDATED SCHOOL DISTRICT, | ) | |
|     Defendants. | ) | |
| | ) | |

## NOTICE OF SERVICE

I, Barry M. Willoughby, Esquire, hereby certify that on January 31, 2006, two copies

of Defendants' First Set of Interrogatories Directed to Plaintiff were mailed, postage prepaid, via

First Class Mail, to the following counsel of record:

> Joseph M. Bernstein, Esquire
> 800 North King Street, Suite 302
> Wilmington, DE 19801


> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /B~
> _____
> Barry M. Willoughby, Esquire (No. 1016)
> Michael P. Stafford, Esquire (No. 4461)
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, Delaware  19879-0391
> Telephone: (302) 571-6666; Facsimile (302) 576-3345
> bwilloughby@ycst.com; mstafford@ycst.com
> Attorneys for Defendant,
> Red Clay Consolidated School District

061778.1004

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2006, I electronically filed a true and correct copy of the foregoing Notice of Service and Certificate of Service for Defendants' First Set of Interrogatories Directed to Plaintiff with the Clerk of the Court using CM/ECF, which will send notification of such to the following counsel of record, and further that I caused a copy of same to be served by hand-delivery on the following counsel of record:

Joseph M. Bernstein, Esquire
800 North King Street, Suite 302
Wilmington, DE 19801

YOUNG CONAWAY STARGATT & TAYLOR, LLP

$\mathcal{B}$ ﹏ ﹏

Barry M. Willoughby, Esquire (No. 1016)
Michael P. Stafford, Esquire (No. 4461)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6666, 6553
Facsimile: (302) 576-3345, 3470
Email: bwilloughby@ycst.com; mstafford@ycst.com
Attorneys for Defendants

Dated: January 31, 2006