IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINA MONGELLI, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>RED CLAY CONSOLIDATED SCHOOL DISTRICT )<br>BOARD OF EDUCATION; IRWIN J. BECNEL, JR., )<br>CHARLES CAVANAUGH, GARY LINARDUCCI, )<br>LORETTA C. RICE, JAMES D. TAYLOR, MARTIN A. )<br>WILSON, SR., INDIVIDUALLY AND IN THEIR )<br>OFFICIAL CAPACITIES AS MEMBERS OF THE RED )<br>CLAY CONSOLIDATED SCHOOL DISTRICT BOARD OF )<br>EDUCATION; ROBERT J. ANDRZEJEWSKI, )<br>INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS )<br>SUPERINTENDENT OF THE RED CLAY )<br>CONSOLIDATED SCHOOL DISTRICT; AND RED CLAY )<br>CONSOLIDATED SCHOOL DISTRICT, )<br>    Defendants. )<br>) | C.A. No. 05-359 SLR<br><br>TRIAL BY JURY DEMANDED |

## NOTICE OF SERVICE

I, Barry M. Willoughby, Esquire, hereby certify that on February 2, 2006, two copies of Defendants' First Request for Production of Documents Directed to Plaintiff were mailed, postage prepaid, via First Class Mail, to the following counsel of record:

    Joseph M. Bernstein, Esquire
    800 North King Street, Suite 302
    Wilmington, DE 19801

    YOUNG CONAWAY STARGATT & TAYLOR, LLP

    /s/ Barry M. Willoughby
    _____
    Barry M. Willoughby, Esquire (No. 1016)
    Michael P. Stafford, Esquire (No. 4461)
    The Brandywine Building
    1000 West Street, 17th Floor
    P.O. Box 391
    Wilmington, Delaware 19879-0391
    Telephone: (302) 571-6666; Facsimile (302) 576-3345
    bwilloughby@ycst.com; mstafford@ycst.com
    Attorneys for Defendant,
    Red Clay Consolidated School District

**CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2006, I electronically filed a true and correct copy of the foregoing Notice of Service and Certificate of Service for Defendants' First Request for Production of Documents Directed to Plaintiff with the Clerk of the Court using CM/ECF, which will send notification of such to the following counsel of record, and further that I caused a copy of same to be served by hand-delivery on the following counsel of record:

>Joseph M. Bernstein, Esquire
>800 North King Street, Suite 302
>Wilmington, DE 19801

>YOUNG CONAWAY STARGATT & TAYLOR, LLP

>_/s/_____
>Barry M. Willoughby, Esquire (No. 1016)
>Michael P. Stafford, Esquire (No. 4461)
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, Delaware  19899-0391
>Telephone: (302) 571-6666, 6553
>Facsimile: (302) 576-3345, 3470
>Email: bwilloughby@ycst.com; mstafford@ycst.com
>Attorneys for Defendants

Dated: February 2, 2006