## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CHRISTINA MONGELLI,** | : |
| **Plaintiff,** | : |
| | : |
| **v.** | : |
| | : |
| **RED CLAY CONSOLIDATED SCHOOL** | : |
| **DISTRICT BOARD OF EDUCATION; IRWIN** | : |
| **J. BECNEL, JR, CHARLES CAVANAUGH,** | : Civil Action No. 05-359 SLR |
| **GARY LINARDUCCI, LORETTA C. RICE,** | : |
| **JAMES D. TAYLOR, MARTIN A.** | : |
| **WILSON, SR., individually and in their official** | : |
| **capacities as members of the Red Clay** | : |
| **Consolidated School District Board of** | : |
| **Education; ROBERT J. ANDRZEJEWSKI,** | : |
| **individually and in his official capacity as** | : |
| **Superintendent of the Red Clay Consolidated** | : |
| **School District; and RED CLAY** | : |
| **CONSOLIDATED SCHOOL DISTRICT,** | : |
| **Defendants.** | : |

## NOTICE OF SERVICE

Pursuant to Local Rule 5.4, the undersigned hereby certifies that: (1) Plaintiff's First Request for Production of Documents Directed to Defendants; and (2) Plaintiff's First Set of Interrogatories Directed to Defendants were served as noted below on February 17, 2006 upon the following:

Barry M. Willoughby, Esquire
Michael P. Stafford, Esquire
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street - 17th Floor
Wilmington, DE 19801
**By Hand Delivery**

 /s/ Joseph M. Bernstein
JOSEPH M. BERNSTEIN (#780)
800 N. King Street - Suite 302
Wilmington, DE 19801
303-656-9850
E-Mail: jmbern001@comcast.net
Attorney for Plaintiff