IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINA MONGELLI,<br>    Plaintiff, | :<br>:<br>: |
| v. | :<br>: |
| RED CLAY CONSOLIDATED SCHOOL DISTRICT BOARD OF EDUCATION; IRWIN J. BECNEL, JR, CHARLES CAVANAUGH, GARY LINARDUCCI, LORETTA C. RICE, JAMES D. TAYLOR, MARTIN A. WILSON, SR., individually and in their official capacities as members of the Red Clay Consolidated School District Board of Education; ROBERT J. ANDRZEJEWSKI, individually and in his official capacity as Superintendent of the Red Clay Consolidated School District; and RED CLAY CONSOLIDATED SCHOOL DISTRICT,<br>    Defendants. | :<br>:<br>: Civil Action No. 05-359 SLR<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SERVICE

Pursuant to Local Rule 5.4, the undersigned hereby certifies that Plaintiff's Response to Defendants' First Request for Production of Documents were served as noted below on March 23, 2006 upon the following:

    Barry M. Willoughby, Esquire
    Michael P. Stafford, Esquire
    Young, Conaway, Stargatt & Taylor, LLP
    The Brandywine Building
    1000 West Street - 17th Floor
    Wilmington, DE 19801
    **By Hand Delivery**

    /s/ Joseph M. Bernstein
    JOSEPH M. BERNSTEIN (#780)
    800 N. King Street - Suite 302
    Wilmington, DE 19801
    303-656-9850
    E-Mail: jmbern001@comcast.net
    Attorney for Plaintiff