IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINA MONGELLI,<br>　　Plaintiff, | :<br>:<br>: |
| v. | :<br>: |
| RED CLAY CONSOLIDATED SCHOOL DISTRICT BOARD OF EDUCATION; IRWIN J. BECNEL, JR, CHARLES CAVANAUGH, GARY LINARDUCCI, LORETTA C. RICE, JAMES D. TAYLOR, MARTIN A. WILSON, SR., individually and in their official capacities as members of the Red Clay Consolidated School District Board of Education; ROBERT J. ANDRZEJEWSKI, individually and in his official capacity as Superintendent of the Red Clay Consolidated School District; and RED CLAY CONSOLIDATED SCHOOL DISTRICT,<br>　　Defendants. | :<br>:<br>: Civil Action No. 05-359 SLR<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

NOTICE OF DEPOSITIONS

TO:　Barry M. Willoughby, Esquire
　　　Michael P. Stafford, Esquire
　　　Young, Conaway, Stargatt & Taylor, LLP
　　　The Brandywine Building
　　　1000 West Street - 17th Floor
　　　Wilmington, DE 19801
　　　Attorney for Defendants

　　　PLEASE TAKE NOTICE that the undersigned will take the oral deposition of the following persons on **May 10, 2006**, at the times listed below, at the offices of the Red Clay Consolidated School District, 2916 Duncan Road, Wilmington, DE 19808:

| | |
|---|---|
| Debra Davenport | 9:00 a.m. |
| Jerry Smith | 10:00 a.m. |
| Stephanie Armstrong | 11:00 a.m. |
| John Kennedy | 1:00 p.m. |

    Verna Berger                        2:00 p.m.

                                                         s/ Joseph M. Bernstein
                                            JOSEPH M. BERNSTEIN (#780)
                                            800 N. King Street - Suite 302
                                            Wilmington, DE 19801
                                            302-656-9850
                                            Attorney for Plaintiff

Dated: April 26, 2006

cc: Hawkins Reporting Service

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINA MONGELLI,<br>    Plaintiff, | :<br>:<br>: |
| v. | :<br>: |
| RED CLAY CONSOLIDATED SCHOOL DISTRICT BOARD OF EDUCATION; IRWIN J. BECNEL, JR, CHARLES CAVANAUGH, GARY LINARDUCCI, LORETTA C. RICE, JAMES D. TAYLOR, MARTIN A. WILSON, SR., individually and in their official capacities as members of the Red Clay Consolidated School District Board of Education; ROBERT J. ANDRZEJEWSKI, individually and in his official capacity as Superintendent of the Red Clay Consolidated School District; and RED CLAY CONSOLIDATED SCHOOL DISTRICT,<br>    Defendants. | :<br>:<br>: Civil Action No. 05-359 SLR<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## CERTIFICATE OF SERVICE

    I hereby certify that on April 26, 2006, I electronically filed the foregoing Notice of Depositions with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> Barry M. Willoughby, Esquire
> Michael P. Stafford, Esquire
> Young, Conaway, Stargatt & Taylor, LLP
> The Brandywine Building
> 1000 West Street - 17th Floor
> Wilmington, DE 19801

    I hereby certify that on April 26, 2006, I caused a copy of same to be served by First Class Mail delivery on the above.

>  s/ Joseph M. Bernstein
> JOSEPH M. BERNSTEIN (Bar #780)
> 800 N. King Street - Suite 302
> Wilmington, DE 19801
> 302-656-9850
> E-mail: jmbern001@comcast.net