IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINA MONGELLI,<br>    Plaintiff,<br><br>    v.<br><br>RED CLAY CONSOLIDATED SCHOOL DISTRICT BOARD OF EDUCATION; IRWIN J. BECNEL, JR, CHARLES CAVANAUGH, GARY LINARDUCCI, LORETTA C. RICE, JAMES D. TAYLOR, MARTIN A. WILSON, SR., individually and in their official capacities as members of the Red Clay Consolidated School District Board of Education; ROBERT J. ANDRZEJEWSKI, individually and in his official capacity as Superintendent of the Red Clay Consolidated School District; and RED CLAY CONSOLIDATED SCHOOL DISTRICT,<br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 05-359 SLR<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF DEPOSITIONS**

TO:    Barry M. Willoughby, Esquire
          Michael P. Stafford, Esquire
          Young, Conaway, Stargatt & Taylor, LLP
          The Brandywine Building
          1000 West Street - 17th Floor
          Wilmington, DE 19801
          Attorney for Defendants

      PLEASE TAKE NOTICE that the undersigned will take the oral deposition of the following persons on **June 29, 2006**, at the times listed below, at the offices of the Red Clay Consolidated School District, 2916 Duncan Road, Wilmington, DE 19808:

| | |
|---|---|
| Chad Carmack | 9:00 a.m. |
| Robert Andrzejewski | 10:00 a.m. |
| Diane Dunmon | 11:00 a.m. |

                                                    s/ Joseph M. Bernstein
                                                    JOSEPH M. BERNSTEIN (#780)
                                                    800 N. King Street - Suite 302
                                                    Wilmington, DE 19801
                                                    302-656-9850

April 26, 2006                                  Attorney for Plaintiff
cc: Hawkins Reporting Service

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINA MONGELLI,<br>　　Plaintiff,<br><br>　　　　v.<br><br>RED CLAY CONSOLIDATED SCHOOL DISTRICT BOARD OF EDUCATION; IRWIN J. BECNEL, JR, CHARLES CAVANAUGH, GARY LINARDUCCI, LORETTA C. RICE, JAMES D. TAYLOR, MARTIN A. WILSON, SR., individually and in their official capacities as members of the Red Clay Consolidated School District Board of Education; ROBERT J. ANDRZEJEWSKI, individually and in his official capacity as Superintendent of the Red Clay Consolidated School District; and RED CLAY CONSOLIDATED SCHOOL DISTRICT,<br>　　Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 05-359 SLR<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### CERTIFICATE OF SERVICE

　　I hereby certify that on April 26, 2006, I electronically filed the foregoing Notice of Depositions with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>　　Barry M. Willoughby, Esquire
>　　Michael P. Stafford, Esquire
>　　Young, Conaway, Stargatt & Taylor, LLP
>　　The Brandywine Building
>　　1000 West Street - 17th Floor
>　　Wilmington, DE 19801

　　I hereby certify that on April 26, 2006, I caused a copy of same to be served by First Class Mail delivery on the above.

>　　　s/ Joseph M. Bernstein
>　　JOSEPH M. BERNSTEIN (Bar #780)
>　　800 N. King Street - Suite 302
>　　Wilmington, DE 19801
>　　302-656-9850
>　　E-mail: jmbern001@comcast.net