IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINA MONGELLI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 05-359-SLR |
| ) | |
| RED CLAY CONSOLIDATED SCHOOL ) | |
| DISTRICT BOARD OF EDUCATION; IRWIN ) | |
| J. BECNEL, JR., CHARLES CAVANAUGH, ) | |
| GARY LINARDUCCI, LORETTA C. RICE, ) | |
| JAMES D. TAYLOR, MARTIN A. WILSON, ) | |
| SR., individually and in their ) | |
| official capacities as members of ) | |
| the Red Clay Consolidated School ) | |
| District Board of Education; ) | |
| ROBERT J. ANDRZEJEWSKI, ) | |
| individually and in his official ) | |
| capacity as Superintendent of Red ) | |
| Clay Consolidated School District; ) | |
| and RED CLAY CONSOLIDATED SCHOOL ) | |
| DISTRICT, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

At Wilmington this 2d day of June, 2006, the Supreme Court having issued Garcetti v. Ceballos, No. 04-473 (U.S. May 30, 2006);

IT IS ORDERED that on or before **June 9, 2006**, the parties shall file concurrent briefs with this court relating to the single issue of whether the plaintiff spoke as a citizen or

an employee in light of this recent decision concerning public employees.

_____
United States District Judge