IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINA MONGELLI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 05-359 SLR |
| v. | ) |
| | ) TRIAL BY JURY |
| RED CLAY CONSOLIDATED SCHOOL DISTRICT | ) DEMANDED |
| BOARD OF EDUCATION; IRWIN J. BECNEL, JR., | ) |
| CHARLES CAVANAUGH, GARY LINARDUCCI, | ) |
| LORETTA C. RICE, JAMES D. TAYLOR, MARTIN A. | ) |
| WILSON, SR., INDIVIDUALLY AND IN THEIR | ) |
| OFFICIAL CAPACITIES AS MEMBERS OF THE RED | ) |
| CLAY CONSOLIDATED SCHOOL DISTRICT BOARD | ) |
| OF EDUCATION; ROBERT J. ANDRZEJEWSKI, | ) |
| INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY | ) |
| AS SUPERINTENDENT OF THE RED CLAY | ) |
| CONSOLIDATED SCHOOL DISTRICT; AND RED | ) |
| CLAY CONSOLIDATED SCHOOL DISTRICT, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND ORDER

The parties, by and their undersigned counsel, hereby stipulate and agree that Count IV of Plaintiff's First Amended Complaint is hereby dismissed, with prejudice. This Stipulation shall not dismiss any other Count of Plaintiff's First Amended Complaint. In light of this Stipulation and Order, the parties will not be required to file supplemental briefs concerning the effect the United States Supreme Court decision in Garcetti, et al. v. Ceballos, as per the Court's Order dated June 2, 2006.

| | |
|---|---|
| LAW OFFICE OF JOSEPH M. BERNSTEIN | YOUNG CONAWAY STARGATT & TAYLOR, LLP |

*/s/ Joseph M Bernstein*
_____
Joseph M. Bernstein, Esquire
800 North King Street, Suite 302
Wilmington, DE 19801
Telephone: (302) 656-9850
Facsimile: (302) 656-9836
Email: jmbern001@comcast.net
Attorney for Plaintiff

*/s/ Barry M. Willoughby*
_____
Barry M. Willoughby, Esquire (No. 1016)
Michael P. Stafford, Esquire (No. 4461)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware  19899-0391
Telephone: (302) 571-6666; 6553
Facsimile: (302) 576-3345; 3470
Email: bwilloughby@ycst.com; mstafford@ycst.com
Attorneys for Defendants

Dated:  June   , 2006

SO ORDERED this _____ day of _____, 2006.

_____
The Honorable Sue L. Robinson