# YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | | | |
|---|---|---|---|
| BEN T. CASTLE | NEILLI MULLEN WALSH | LISA A. ARMSTRONG | KAREN LANTZ |
| SHELDON N. SANDLER | JANET Z. CHARLTON | GREGORY J. BABCOCK | TIMOTHY E. LENGKEEK |
| RICHARD A. LEVINE | ROBERT S. BRADY | JOSEPH M. BARRY | ANDREW A. LUNDGREN |
| RICHARD A. ZAPPA | JOEL A. WAITE | SEAN M. BEACH | MATTHEW B. LUNN |
| FREDERICK W. IOBST | BRENT C. SHAFFER | DONALD J. BOWMAN, JR. | JOSEPH A. MALFITANO |
| RICHARD H. MORSE | DANIEL P. JOHNSON | TIMOTHY P. CAIRNS | ADRIA B. MARTINELLI |
| DAVID C. MCBRIDE | CRAIG D. GREAR | KARA HAMMOND COYLE | MICHAEL W. MCDERMOTT |
| JOSEPH M. NICHOLSON | TIMOTHY JAY HOUSEAL | MARGARET M. DIBIANCA | MARIBETH L. MINELLA |
| CRAIG A. KARSNITZ | MARTIN S. LESSNER | MARY F. DUGAN | EDMON L. MORTON |
| BARRY M. WILLOUGHBY | PAULINE K. MORGAN | ERIN EDWARDS | D. FON MUTTAMARA-WALKER |
| JOSY W. INGERSOLL | C BARR FLINN | KENNETH J. ENOS | JENNIFER R. NOEL |
| ANTHONY G. FLYNN | NATALIE WOLF | IAN S. FREDERICKS | ADAM W. POFF |
| JEROME K. GROSSMAN | LISA B. GOODMAN | JAMES J GALLAGHER | SETH J. REIDENBERG |
| EUGENE A. DIPRINZIO | JOHN W. SHAW | SEAN T. GREECHER | KRISTEN R. SALVATORE (PA ONLY) |
| JAMES L. PATTON, JR. | JAMES P HUGHES, JR. | STEPHANIE L. HANSEN | MICHELE SHERRETTA |
| ROBERT L. THOMAS | EDWIN J. HARRON | DAWN M JONES | MONTÉ T SQUIRE |
| WILLIAM D. JOHNSTON | MICHAEL R. NESTOR | RICHARD S. JULIE | MICHAEL P. STAFFORD |
| TIMOTHY J. SNYDER | MAUREEN D. LUKE | KAREN E KELLER | CHAD S C. STOVER (SC ONLY) |
| BRUCE L SILVERSTEIN | ROLIN P BISSELL | JENNIFER M. KINKUS | JOHN E TRACEY |
| WILLIAM W BOWSER | SCOTT A. HOLT | EDWARD J. KOSMOWSKI | MARGARET B. WHITEMAN |
| LARRY J. TARABICOS | JOHN T. DORSEY | JOHN C KUFFEL | SHARON M ZIEG |
| RICHARD A. DILIBERTO, JR | M BLAKE CLEARY | | |
| MELANIE K. SHARP | CHRISTIAN DOUGLAS WRIGHT | SPECIAL COUNSEL | SENIOR COUNSEL |
| CASSANDRA F. ROBERTS | DANIELLE GIBBS | JOHN D. MCLAUGHLIN, JR. | CURTIS J CROWTHER |
| RICHARD J A. POPPER | JOHN J. PASCHETTO | ELENA C NORMAN | |
| TERESA A CHEEK | NORMAN M POWELL | KAREN L PASCALE | OF COUNSEL |
| | | PATRICIA A WIDDOSS | BRUCE M. STARGATT |
| | | | STUART B. YOUNG |
| | | | EDWARD B MAXWELL, 2ND |

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE  19801

P O. Box 391
WILMINGTON, DELAWARE  19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P O Box 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW YOUNGCONAWAY COM

DIRECT DIAL: 302-571-6553
DIRECT FAX:  302-576-3470
mstafford@ycst com

June 27, 2006

**BY CM/ECF**

The Honorable Sue L. Robinson
United States District Court
844 North King Street
Lock Box 31
Wilmington, DE 19801

      Re:    Mongelli v. Red Clay Consolidated School District, et al
              C.A. No. 05-359

Dear Judge Robinson:

      On behalf of the defendants, Red Clay Consolidated School District, et al, enclosed please find the form of Scheduling Order agreed to during this morning's teleconference.

                                  Very truly yours,

                                    Michael P. Stafford
                                    Bar I.D. 4461
                                    mstafford@ycst.com

MPS:bla
Enclosure

cc:  Joseph M. Bernstein, Esquire (via CM/ECF)