# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

CHRISTINA MONGELLI,                        :
    Plaintiff,                             :
                               :

        v.                                     :
                               :

RED CLAY CONSOLIDATED SCHOOL               :
DISTRICT BOARD OF EDUCATION; IRWIN         :
J. BECNEL, JR, CHARLES CAVANAUGH,          : Civil Action No.  05-359 SLR
GARY LINARDUCCI, LORETTA C. RICE,          :
JAMES D. TAYLOR, MARTIN A.                 :
WILSON, SR., individually and in their official :
capacities as members of the Red Clay      :
Consolidated School District Board of      :
Education; ROBERT J. ANDRZEJEWSKI,         :
individually and in his official capacity as :
Superintendent of the Red Clay Consolidated :
School District; and RED CLAY              :
CONSOLIDATED SCHOOL DISTRICT,:
    Defendants.                            :

## STIPULATION

       **IT IS HEREBY STIPULATED** by and between the undersigned, subject to the approval of the Court, as follows:

       1. The defendants shall serve responses to Plaintiff's First Set of Interrogatories (served on February 17, 2006) and Plaintiff's First Request for Production of Documents (served on February 17, 2006) on or before August 8, 2006.

       2. Any failure on the part of the defendants to comply with Paragraph One above shall be treated as a failure to comply with an Order compelling discovery under Fed. R. Civ. P. 37(b)(2).

[signatures continued on following page]

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Barry M. Willoughby
Barry M. Willoughby, Esquire (No. 1016)
Michael P. Stafford, Esquire (No. 4461)
The Brandywine Building
1000 West Street - 17th Floor
Wilmington, DE 19801
302-571-6666,6653
Email: bwilloughby@ycst.com;
       mstafford@ycst.com
Attorneys for Defendant


 /s/ Joseph M. Bernstein
JOSEPH M. BERNSTEIN (#780)
800 N. King Street - Suite 302
Wilmington, DE 19801
302-656-9850
302-656-9836 (Fax)
E-mail: jmbern001@comcast.net
Attorney for Plaintiff


SO ORDERED, this _____ day of _____, 2006


_____
Sue L. Robinson, District Judge