IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CHRISTINA MONGELLI,                              )
                                                 )
             Plaintiff,                          )
                                                 )    C.A. No. 05-359 SLR
      v.                                         )
                                                 )    TRIAL BY JURY DEMANDED
RED CLAY CONSOLIDATED SCHOOL DISTRICT            )
BOARD OF EDUCATION; IRWIN J. BECNEL, JR.,        )
CHARLES CAVANAUGH, GARY LINARDUCCI,              )
LORETTA C. RICE, JAMES D. TAYLOR, MARTIN A.      )
WILSON, SR., INDIVIDUALLY AND IN THEIR           )
OFFICIAL CAPACITIES AS MEMBERS OF THE RED        )
CLAY CONSOLIDATED SCHOOL DISTRICT BOARD OF       )
EDUCATION; ROBERT J. ANDRZEJEWSKI,               )
INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS     )
SUPERINTENDENT OF THE RED CLAY                   )
CONSOLIDATED SCHOOL DISTRICT; AND RED CLAY       )
CONSOLIDATED SCHOOL DISTRICT,                    )
                                                 )
             Defendants.                         )

## NOTICE OF SERVICE

I, Barry M. Willoughby, Esquire, hereby certify that on August 8, 2006, two copies

of Defendants' Response to Plaintiff's First Request for Production were hand delivered to the

following counsel of record:

Joseph M. Bernstein, Esquire
800 North King Street, Suite 302
Wilmington, DE 19801

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Barry M. Willoughby, Esquire (No. 1016)
Michael P. Stafford, Esquire (No. 4461)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware  19879-0391
Telephone: (302) 571-6666; Facsimile (302) 576-3345
bwilloughby@ycst.com; mstafford@ycst.com
Attorneys for Defendant,
Red Clay Consolidated School District

Dated:  August 8, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2006, I electronically filed a true and correct copy of the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Joseph M. Bernstein, Esquire
> 800 North King Street, Suite 302
> Wilmington, DE 19801

I further certify that on August 8, 2006, I caused a copy of the foregoing Notice of Service to be served by hand-delivery on the following counsel of record:

> Joseph M. Bernstein, Esquire
> 800 North King Street, Suite 302
> Wilmington, DE 19801

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____

Barry M. Willoughby, Esquire (No. 1016)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware  19899-0391
Telephone: (302) 571-6666
Facsimile: (302) 576-3345
Email:  bwilloughby@ycst.com
Attorneys for Defendants

Dated:   August 8, 2006

061778.1004