IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CHRISTINA MONGELLI,**<br>　　Plaintiff, | :<br>:<br>: |
| v. | : Civil Action No. 05-359 SLR |
| | : |
| **RED CLAY CONSOLIDATED SCHOOL**<br>**DISTRICT BOARD OF EDUCATION,** *et al.*<br>　　Defendants. | :<br>:<br>:<br>: |

**NOTICE OF DEPOSITIONS**

TO:　Barry M. Willoughby, Esquire
　　　Michael P. Stafford, Esquire
　　　Young, Conaway, Stargatt & Taylor, LLP
　　　The Brandywine Building
　　　1000 West Street - 17th Floor
　　　Wilmington, DE 19801
　　　Attorney for Defendants

　　　PLEASE TAKE NOTICE that the undersigned will take the oral deposition of the following persons on **October 17, 2006**, at the times listed below, at the offices of the Red Clay Consolidated School District, 4550 New Linden Hill Road, Wilmington, DE 19808:

| | |
|---|---|
| John Kennedy | 9:00 a.m. |
| Chad Carmack | 10:30 a.m. |
| Debra Davenport | 1:00 p.m. |
| Diane Dunmon | 2:30 p.m. |

　　　　　　　　　　　　　　　　　　　　　/s/ Joseph M. Bernstein
　　　　　　　　　　　　　　　　　　　　JOSEPH M. BERNSTEIN (#780)
　　　　　　　　　　　　　　　　　　　　800 N. King Street - Suite 302
　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　302-656-9850
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated: September 9, 2006
cc: Hawkins Reporting Service

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CHRISTINA MONGELLI,**<br>    Plaintiff, | :<br>:<br>: |
| v. | : Civil Action No. 05-359 SLR |
| | : |
| **RED CLAY CONSOLIDATED SCHOOL DISTRICT BOARD OF EDUCATION,** *et al.*<br>    Defendants. | :<br>:<br>: |

## CERTIFICATE OF SERVICE

  I hereby certify that on September 9, 2006, I electronically filed the foregoing Notice of Depositions with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

    Barry M. Willoughby, Esquire
    Michael P. Stafford, Esquire
    Young, Conaway, Stargatt & Taylor, LLP
    The Brandywine Building
    1000 West Street - 17th Floor
    Wilmington, DE 19801

  I hereby certify that on September 9, 2006, I caused a copy of same to be served by First Class Mail delivery on the above.

                /s/ Joseph M. Bernstein
                JOSEPH M. BERNSTEIN (Bar #780)
                800 N. King Street - Suite 302
                Wilmington, DE 19801
                302-656-9850
                E-mail: jmbern001@comcast.net