IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CHRISTINA MONGELLI,** : | |
|     Plaintiff, : | |
| : | |
|     v. : | Civil Action No. 05-359 SLR |
| : | |
| **RED CLAY CONSOLIDATED SCHOOL** : | |
| **DISTRICT BOARD OF EDUCATION;** *et al.,* : | |
|     **Defendants.** : | |

**NOTICE OF SERVICE**

Pursuant to Local Rule 5.4, the undersigned hereby certifies that: Plaintiff's First Supplement to Plaintiff's Response to Defendants' First Request for Production of Documents were served as noted below on October 19, 2006 upon the following:

Barry M. Willoughby, Esquire
Michael P. Stafford, Esquire
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street - 17th Floor
Wilmington, DE 19801
**By Hand Delivery**

       /s/ Joseph M. Bernstein
JOSEPH M. BERNSTEIN (#780)
800 N. King Street - Suite 302
Wilmington, DE 19801
303-656-9850
E-Mail: jmbern001@comcast.net
Attorney for Plaintiff