IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CHRISTINA MONGELLI,**<br>    Plaintiff, | :<br>:<br>: |
| v. | : Civil Action No. 05-359 SLR<br>: |
| **RED CLAY CONSOLIDATED SCHOOL**<br>**DISTRICT BOARD OF EDUCATION;** *et al,*<br>    Defendants. | :<br>:<br>: |

**STIPULATION TO AMEND SCHEDULING ORDER**

IT IS HEREBY STIPULATED by and between the undersigned, subject tot the approval of the Court, as follows:

1.  Paragraph 2(g) of the Scheduling Order dated June 30, 2006, relating to reports from retained experts, is hereby amended to provide that reports from retained experts on any issue for which a party has the burden of proof are due on or before November 15, 2006 and rebuttal expert reports are due on or before December 15, 2006.

2.  Plaintiff stipulates and agrees that she is not asserting a claim that her non-renewal for the 2005-2006 school year violated Title VII of the Civil Rights Act of 1964 or other state or federal law.

3.  In all other respects, the Scheduling Order shall remain unchanged.

4.  This Stipulation shall not affect the right of any party to make any objection to either the content of any expert report or to the admissibility of any expert testimony.

[signatures continued on following page]

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

   /s/ Barry M. Willoughby
Barry M. Willoughby, Esquire (No. 1016)
Michael P. Stafford, Esquire (No. 4461)
The Brandywine Building
1000 West Street – 17th Floor

       Wilmington, DE 19801
       Telephone: (302) 571-6666; 6653
       Facsimile: (302) 576-3345; 3470
       Email: bwilloughby@ycst.com; mstafford@ycst.com
       Attorneys for Defendants

         /s/ Joseph M. Bernstein
       Joseph M. Bernstein, Esquire (No. 780)
       800 N. King Street, Suite 302
       Wilmington, DE 19801
       Telephone: (302) 656-9850
       Facsimile: (302) 656-9836
       Email: jmbern001@comcast.net
       Attorney for Plaintiff

SO ORDERED this ____ day of _____, 2006.


       _____
       The Honorable Sue L. Robinson, USDJ