IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CHRISTINA MONGELLI,** : | |
|     Plaintiff, : | |
| : | |
| v. : | Civil Action No. 05-359 SLR |
| : | |
| **RED CLAY CONSOLIDATED SCHOOL** : | |
| **DISTRICT BOARD OF EDUCATION;** *et al.,* : | |
|     Defendants. : | |

**NOTICE OF SERVICE**

Pursuant to Local Rule 5.4, the undersigned hereby certifies that Plaintiff's First Supplement to Plaintiff's Answers to Defendant's Interrogatories were served as noted below on November 14, 2006 upon the following:

    Barry M. Willoughby, Esquire
    Michael P. Stafford, Esquire
    Young, Conaway, Stargatt & Taylor, LLP
    The Brandywine Building
    1000 West Street - 17th Floor
    Wilmington, DE 19801
    **By Hand Delivery**

    /s/ Joseph M. Bernstein
    JOSEPH M. BERNSTEIN (#780)
    800 N. King Street - Suite 302
    Wilmington, DE 19801
    303-656-9850
    E-Mail: jmbern001@comcast.net
    Attorney for Plaintiff