IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CHRISTINA MONGELLI,**<br>      Plaintiff, | :<br>:<br>: |
| v. | : Civil Action No. 05-359 SLR |
| | : |
| **RED CLAY CONSOLIDATED SCHOOL**<br>**DISTRICT BOARD OF EDUCATION,** *et al.*<br>      Defendants. | :<br>:<br>:<br>: |

NOTICE OF DEPOSITIONS

TO:  Barry M. Willoughby, Esquire
　　　Michael P. Stafford, Esquire
　　　Young, Conaway, Stargatt & Taylor, LLP
　　　The Brandywine Building
　　　1000 West Street - 17th Floor
　　　Wilmington, DE 19801
　　　Attorney for Defendants

PLEASE TAKE NOTICE that the undersigned will take the oral deposition of the following person on **November 28, 2006**, at the time listed below, at the offices of the Red Clay Consolidated School District, 4550 New Linden Hill Road, Wilmington, DE 19808:

　　　Janine Corello　　　10:00 a.m.

　　　　　　　　　　　　　　　/s/ Joseph M. Bernstein
　　　　　　　　　　　　　　JOSEPH M. BERNSTEIN (#780)
　　　　　　　　　　　　　　800 N. King Street - Suite 302
　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　302-656-9850
　　　　　　　　　　　　　　Attorney for Plaintiff

Dated: November 14, 2006
cc: Hawkins Reporting Service

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CHRISTINA MONGELLI,** :<br>    Plaintiff, :<br> : <br>   v. : **Civil Action No. 05-359 SLR**<br> :<br>**RED CLAY CONSOLIDATED SCHOOL** :<br>**DISTRICT BOARD OF EDUCATION,** *et al.* :<br>    Defendants. : | |

## CERTIFICATE OF SERVICE

    I hereby certify that on November 14, 2006, I electronically filed the foregoing Notice of Depositions with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Barry M. Willoughby, Esquire
>Michael P. Stafford, Esquire
>Young, Conaway, Stargatt & Taylor, LLP
>The Brandywine Building
>1000 West Street - 17th Floor
>Wilmington, DE 19801

> /s/ Joseph M. Bernstein
>JOSEPH M. BERNSTEIN (Bar #780)
>800 N. King Street - Suite 302
>Wilmington, DE 19801
>302-656-9850
>E-mail: jmbern001@comcast.net