## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CHRISTINA MONGELLI,** | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 05-359 SLR |
| | : |
| **RED CLAY CONSOLIDATED SCHOOL** | : |
| **DISTRICT BOARD OF EDUCATION;** *et al.,* | : |
| Defendants. | : |

### NOTICE OF SERVICE

Pursuant to Local Rule 5.4, the undersigned hereby certifies that Plaintiff's Second Request for Production of Documents were served as noted below on November 28, 2006 upon the following:

Barry M. Willoughby, Esquire
Michael P. Stafford, Esquire
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street - 17th Floor
Wilmington, DE 19801
**By First Class Mail**

  /s/ Joseph M. Bernstein
JOSEPH M. BERNSTEIN (#780)
800 N. King Street - Suite 302
Wilmington, DE 19801
303-656-9850
E-Mail: jmbern001@comcast.net
Attorney for Plaintiff