IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTINA MONGELLI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-359-SLR |
| | ) | |
| RED CLAY CONSOLIDATED SCHOOL DISTRICT BOARD OF EDUCATION, et al., | ) ) ) | |
| Defendants. | ) | |

<u>NOTICE OF DEPOSITION *DUCES TECUM*</u>

TO:   Joseph M. Bernstein, Esquire
      800 North King Street, Suite 302
      Wilmington, DE 19801

PLEASE TAKE NOTICE that the undersigned will take the oral deposition of Ralph V. Estep, E.A., on Tuesday, December 26, 2006, beginning at 3:00 p.m., and continuing thereafter from hour to hour and day to day until completion. The deposition will be held in the law offices of Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, DE 19801.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Barry M. Willoughby
Barry M. Willoughby, Esquire (I.D. 1016)
Michael P. Stafford, Esquire (I.D. 4461)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6666; (302) 576-3345
Email: bwilloughby@ycst.com; mstafford@ycst.com
Attorneys for Defendants

Dated: December 12, 2006

DB02:5664571.1                                                                                              061778.1004