## Issued by the
## UNITED STATES DISTRICT COURT

### DISTRICT OF                    DELAWARE

CHRISTINA MONGELLI,

### V.

RED CLAY CONSOLIDATED SCHOOL
DISTRICT BOARD OF EDUCATION, ET AL.

## SUBPOENA IN A CIVIL CASE

CASE NUMBER: [1]    05-359-SLR

TO:
**Records Custodian**
**Bank of America**
**1100 North King Street**
**Wilmington, DE 19801-0124**

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): **Any and all records referring to or relating to Christina Mongelli (SSN: 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; DOB: 07/25/68), including, but not limited to, her personnel file, correspondence, employment applications, resumes, employment records, performance evaluations, disability file, medical records file, benefits file, pension records, disciplinary warnings, termination records, termination agreements, severance pay records, payment and salary records, and tax records together with any and all documents describing the fringe benefits (health insurance, dental insurance, retirement accounts, etc.) to which she is entitled.**

| PLACE | DATE AND TIME |
|---|---|
| **Young, Conaway, Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, DE 19899-1031** | **December 26, 2006 at 9:00 a.m.**[1] |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure. 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Attorney for Defendants | December 12, 2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Barry M. Willoughby, Esquire, Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 17th Floor, PO Box 391, Wilmington, DE 19899-1031, 302-571-6666

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

[1] **Personal appearance is waived if documents are produced by specified date.**