# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

CHRISTINA MONGELLI,                    :
                                       :
                 Plaintiff,            :
                                       :
        v.                             :     Civil Action No. 05-359-SLR
                                       :
RED CLAY CONSOLIDATED SCHOOL           :
DISTRICT, et al.,                      :
                                       :
                 Defendants.           :

## ORDER

At Wilmington this **25th** day of **January, 2007**,

IT IS ORDERED that the mediation conference scheduled for Wednesday,

March 21, 2007 at 10:00 a.m. is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel

of this Order.   To avoid the imposition of sanctions, counsel shall advise the Court

immediately of any problems regarding compliance with this Order.


/s/ Mary Pat Thynge_____
UNITED STATES MAGISTRATE JUDGE