IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTINA MONGELLI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-359-SLR |
| | ) | |
| RED CLAY CONSOLIDATED SCHOOL | ) | TRIAL BY JURY |
| DISTRICT BOARD OF EDUCATION, | ) | DEMANDED |
| et al., | ) | |
| Defendants. | ) | |

## MOTION FOR SUMMARY JUDGMENT

Defendants, by and through the undersigned counsel, hereby move for entry of an Order granting them Summary Judgment on all Counts of Plaintiff's First Amended Complaint for the reasons more fully set forth in their Opening Brief filed contemporaneously with the Court.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Barry M. Willoughby*
Barry M. Willoughby, Esquire (No. 1016)
Michael P. Stafford, Esquire (No. 4461)
The Brandywine Building
1000 West Street, 17th Floor,
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6666; Facsimile: (302) 576-3345
Email: bwilloughby@ycst.com; mstafford@ycst.com
Attorneys for Defendants

Dated: January 31, 2007