IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTINA MONGELLI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-359-SLR |
| | ) | |
| RED CLAY CONSOLIDATED SCHOOL | ) | TRIAL BY JURY |
| DISTRICT BOARD OF EDUCATION, | ) | DEMANDED |
| et al., | ) | |
| Defendants. | ) | |

## ORDER

Defendants' Motion for Summary Judgment on all Counts of Plaintiff's First Amended Complaint having been duly presented and heard by the Court, is now hereby ordered this ___ day of _____, 2007, that Defendants' Motion is granted.

_____
The Honorable Sue L. Robinson