IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTINA MONGELLI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-359-SLR |
| | ) | |
| RED CLAY CONSOLIDATED SCHOOL DISTRICT BOARD OF EDUCATION, et al., | ) | TRIAL BY JURY DEMANDED |
| Defendants. | ) | |

**APPENDIX TO DEFENDANTS' OPENING BRIEF**
**IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**

**(REDACTED COPY)**

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Barry M. Willoughby, Esquire (No. 1016)
Michael P. Stafford, Esquire (No. 4461)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6666, 6553
Facsimile: (302) 576-3345, 3470
Email: bwilloughby@ycst.com;
mstafford@ycst.com

Dated: January 31, 2007

## TABLE OF CONTENTS

**Page**

Mongelli letter to Davenport dated September 30, 2003 ........ A1

Mongelli Application for Employment dated September 30, 2003 ........ A2

Davenport letter to Mongelli dated February 19, 2004 ........ A6

Mongelli Emergency Certificate Request Form ........ A7

JW Student Behavior Referral dated March 1, 2004 ........ A8

JW Student Behavior Referral dated March 2, 2004 ........ A9

JW Student Behavior Referral dated March 31, 2004 ........ A10

JW Student Behavior Referral dated March 31, 2004 ........ A11

JW Student Behavior Referral dated April 1, 2004 ........ A12

Hannah (DOE) letter to Mongelli April 12, 2004 ........ A13

Mongelli Emergency Certificate dated April 12, 2004 ........ A15

Carmack Memo to Dunmon and Davenport dated April 22, 2004 ........ A16

JW Student Behavior Referral dated April 26, 2004 ........ A20

JW Student Behavior Referral dated May 3, 2004 ........ A21

JW Student Behavior Referral dated May 4, 2004 ........ A22

JW Student Behavior Referral dated May 5, 2004 ........ A23

JW Student Behavior Referral dated May 5, 2004 ........ A24

JW Student Behavior Referral dated May 6, 2004 ........ A25

JW Student Behavior Referral dated May 7, 2004 ........ A26

Davenport letter to Mongelli dated May 13, 2004 ........ A27

JW Manifestation Determination Worksheet dated June 3, 2004 ........ A28

Disciplinary Referrals by Mongelli from August 1, 2003 through June 16, 2004 .......... A29

Davenport letter to Mongelli dated June 17, 2004 .......... A32

Mongelli Charge of Discrimination dated July 23, 2004 .......... A33

Kennedy Memorandum to Dunmon dated August 20, 2004 .......... A34

Davenport letter to Mongelli dated January 14, 2005 .......... A37

Mongelli letter to Davenport dated January 18, 2005 .......... A38

Excerpts from the Deposition Transcript of Christine Mongelli dated March 30, 2006 .......... A39

Excerpts from the Deposition Transcript of Christine Mongelli dated December 26, 2006 .......... A87

Excerpts from the Deposition Transcript of Chad Carmack dated October 17, 2006 .......... A104

Excerpts from the Deposition Transcript of John Kennedy dated October 17, 2006 .......... A127

Excerpts from the Deposition Transcript of Diane Dunmon dated October 17, 2006 .......... A151

Excerpts from the Deposition Transcript of Debra Davenport dated October 17, 2006 .......... A164

Excerpts from the Deposition Transcript of J. Janine Carello, Ph.D. dated November 28, 2006 .......... A168

504 Blackbird Drive
Hockessin, DE 19707
September 30, 2003

Red Clay Consolidated School District
Director of Human Resources
Attn: Debra Davenport
2916 Duncan Road
Wilmington, DE 19808

Dear Ms. Davenport:

The purpose of this letter is to convey my interest in an Elementary Teacher (N-6) position or Reading Teacher (K-12) position in the Red Clay Consolidated School District. I was an Academic Intervention Services (AIS) Teacher at Lee Avenue Elementary School and Burns Avenue Elementary School in Hicksville, New York. Additionally, I have been a Permanent Substitute Teacher for the past several years in the Hicksville School District.

My teaching experiences in the Hicksville School District have been quite positive and rewarding. I know that I would be a valuable asset to your district. A review of my background will reveal a fine, well-rounded education both professionally and in the liberal arts. Through my education and experience, I have developed effective communication and analytical skills necessary for an educator. I am a creative, hardworking individual dedicated to providing my students with a high level of education and guidance. My schooling, work experience and professional manner enable me to contribute positively to your district's educational program.

I have enclosed my resume and a copy of my Teaching Certificates. If you would like further information, please feel free to contact me at (302) 239-9439. I look forward to meeting with you in the near future so we may discuss my qualifications in further detail. Thank you for your time and consideration.

Sincerely,

Christina D. Mongelli
Christina D. Mongelli

D13



Red Clay Consolidated School District
2916 Duncan Road
Wilmington, Delaware 19808

*Revised 3/0:*

RECEIVED PERSONNEL SERVICES 03 SEP 30 PM 2:40

Date September 30,

PC 10/03

# APPLICATION FOR EMPLOYMENT - CERTIFICATED

## 1. PERSONAL INFORMATION

NAME Mongelli (Last) Christina (First) Diane (Middle) SSN REDACTED

PRESENT ADDRESS 504 Blackbird Drive (Street)

Hockessin (City) Delaware (State) 19707 (Zip)

UNTIL ______ TELEPHONE (302) 239-9439

PERMANENT ADDRESS (same as above) (Street)

______ (City) (State) (Zip) TELEPHONE ( ) ______

Date available for employment September 30, 200

## 2. POSITION FOR WHICH YOU ARE APPLYING

*(For instructional and administrative positions, the Red Clay Consolidated School District employs only personnel who are eligible to hold appropriate Delaware certification.)*

### A. TEACHING & OTHER PROFESSIONAL SCHOOL RELATED POSITIONS

- ☑ Kindergarten
- ☑ Primary K-4
- ☑ Elementary Middle Level 5-8
- ☑ Middle School 6-8 (list area or areas) Reading
- ☐ Special Education ______
- ☐ Physical Education / Health
- ☐ Art
- ☐ Music
- ☐ Librarian / Media Specialist
- ☐ Counselor (Area) ______
- ☐ Nurse
- ☑ High School 9-12 (list area or areas) Reading
- ☐ Speech and Hearing
- ☐ Psychologist
- ☐ Other ______

### B. ADMINISTRATIVE POSITIONS

- ☐ School Administration (specify) ______
- ☐ Central Administration (specify) ______
- ☐ Other ______

DEPOSITION EXHIBIT #12 Mongelli 3/30/06 PENGAD-Bayonne, N.J.

D14

***AN EQUAL OPPORTUNITY EMPLOYER***

*Effective July 1, 1994, a criminal background clearance is required prior to employment with the Red Clay Consolidated School District*

## EDUCATIONAL PREPARATION

| College or University | Address | Dates Attended from | to | |
|---|---|---|---|---|
| Hofstra University | Hempstead, New York | 9/92 | 8/94 | |
| Hofstra University | Hempstead, New York | 9/88 | 5/91 | |
| Nassau Community College | Garden City, New York | 9/86 | 5/88 | |
| | | | | |

**Student Teaching Experience** Assignments: Dates:

## TEACHING EXPERIENCE

Starting with your present position, list all teaching positions for which you have been employed

| School | City and State | Grade or Subject | Full or Part Time | Dates from | to |
|---|---|---|---|---|---|
| Hicksville Summer School Burns Avenue Elem. School | Hicksville, New York | Grade 4 | Part Time | 7/03 | 8/03 |
| Lee Avenue Elem. School | Hicksville, New York | Reading / Math Grades 3-5 | Part Time | 10/02 | 5/03 |
| Hicksville High School | Hicksville, New York | Grades 9-12 | Full Time | 10/02 | 6/03 |
| Hicksville School District | Hicksville, New York | All grades K-12 | Part Time | 10/99 | 9/02 |
| Island Trees School District | Levittown, New York | All grades K-12 | Part Time | 11/98 9/91 | 12/99 6/94 |
| Plainedge School District | Plainedge, New York | Grades K-8 | Part Time | 9/95 | 6/96 |
| | | | | | |

## NON-TEACHING EXPERIENCE

| Position / Type of Employment | Name and Address of Firm or Organization | Name of Supervisor | Dates from | to |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

D15

Do you hold a valid State of Delaware teaching certificate? Yes (No) If Yes, indicate field(s):

I hold 2 valid State of New York teaching certificates:
Reading Teacher (Permanent Cert.) Nursery, Kindergarten + Grades 1-6 (Permanent Cert.)

***PLEASE ATTACH A COPY OF ALL CERTIFICATES HELD AND A COPY OF THE RESULTS OF THE PRE-PROFESSIONAL SKILLS TEST***

Write a brief statement adding any information that will assist us in evaluating your qualifications.

I have a Bachelor of Arts degree (B.A.) in both Elementary Education and English (dual major). I have a Master of Science degree (M.S.) in Education with a Specialization in Reading. I have experience working with students of all grade levels and abilities. I have recently taught an Academic Intervention Program for students "at risk." I was successfully able to reinforce and expand my students' reading and math skills. I have utilized the "Soar to Success" reading program, along with a variety of other materials and reading strategies. I am dedicated and committed to providing students with a quality education in a highly supportive, positive learning environment.

## SCHOOL ACTIVITIES AND OTHER INTERESTS

Check below those school activities in which you are interested and which you are qualified to coach or direct.

**ATHLETICS**

| | | | |
|---|---|---|---|
| | Baseball | | Soccer |
| | Basketball | ✓ | Swimming |
| | Cross Country | ✓ | Tennis |
| | Football | | Track |
| ✓ | Golf | | Wrestling |
| ✓ | Intramurals | | Other |

**OTHER ACTIVITIES**

| | |
|---|---|
| ✓ | Club Sponsor |
| | Debate |
| ✓ | Dramatics |
| ✓ | Newspaper |
| ✓ | Yearbook |
| ✓ | Other Photography |

List experiences in athletics or other activities checked above.

A. Participant I play golf occasionally and swim often. I used to play tennis and swim on Fire Island, New York for over 10 years. I greatly enjoy writing and dramatics. I have studied both creative writing and theatre arts. I have professional experience in dramatics/acting.

B. Coach I would direct the newspaper, yearbook, and photography clubs.

C. Other Activities I have taken several photography classes.

## REFERENCES

Please list persons whom we may contact for information concerning your professional preparation and competence. Do not list relatives or persons who know you only as a friend or who can evaluate only your personality and character. List your classroom cooperating teacher if your student teaching was done within the last three years.

**Complete mailing address must be included.**

| Name | Position | Complete Mailing Address | Telephone No. |
|---|---|---|---|
| Geraldine Durso | Principal | Lee Avenue School 1 Seventh Street Hicksville, New York 11801 | (516) 733-6554 |
| Brijinder Singh | Principal | Hicksville High School 180 Division Avenue Hicksville, New York 11801 | (516) 733-6624 |
| Cynthia Saltzer | Teacher | 17 Rosewood Lane Wantagh, New York 11793 | (516) 796-3380 |
| Tony Voscopoulos | Teacher | 3 Robert Avenue Massapequa, New York 11758 | (516) |

## PERSONAL DATA

Have you ever been dismissed, asked to resign, or refused employment? Yes (No) If Yes, please explain ______

Are you now employed? Yes (No) If Yes, may we contact your present employer? Yes No

Have you ever been convicted of a crime? Yes (No) If Yes, please attach an explanation (omit minor traffic violations).

To your knowledge is there any reason why you cannot perform the essential functions of the position for which you have applied?
Yes No If Yes, please explain ______

**Veteran of Military Service?** (No) Yes If Yes, complete the section below:

**Branch** **Active Duty Dates** **Duties** ______

From ______ To ______
MM / YY MM / YY

**A NOTE TO ALL APPLICANTS**

It is the responsibility of the Applicant to forward an official transcript of his or her college record, credentials and evidence of certification directly to Human Resources. Applications **will be considered complete** only when all transcripts, credentials, certificates, etc., have been received in Human Resources. Only completed applications will be considered.

The Red Clay Consolidated School District, is an equal opportunity employer, always seeking applications from qualified persons. An application remains active for one year from the date of receipt of the **completed application.** An application may be kept active beyond that date upon written request from the applicant accompanied by appropriate updated information.

Assignments are made in accordance with the needs of the school system and are subject to change. Any person signing a contract with the Red Clay Consolidated School District accepts these conditions.

I certify that all statements and answers given herein are true and complete to the best of my knowledge. I authorize an investigation of all statements contained in this application for employment as may be necessary in arriving at an employment decision. I agree to release the Red Clay Consolidated School District from any legal liability in obtaining verification of any information furnished relating to my employment.

In the event of employment, I understand that false or misleading information given on my application or interview(s) may result in discharge. I understand also that I am required to abide by all rules and regulations of the employer.

Christina D Mongelli
*Signature of Applicant*

September 30, 2003
*Date*

Return Application to:

RED CLAY CONSOLIDATED SCHOOL DISTRICT
HUMAN RESOURCES
2916 Duncan Road
Wilmington, Delaware 19808
(302) 683-6662

D17

The Red Clay Consolidated School District does not discriminate on the basis of race, color, national origin, religion, ...



February 19, 2004

RED CLAY CONSOLIDATED SCHOOL DISTRICT

Robert J. Andrzejewski, Ed.D.
*Superintendent*

Administrative Offices
2916 Duncan Road
Wilmington, DE 19808

Human Resources

(302) 683-6656
FAX (302) 636-8778

Debra Davenport
*Manager*

Debra.Davenport@redclay.k12.de.us

Ms. Christina Diane Mongelli – 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
504 Blackbird Drive
Hockessin, DE 19707

Dear Ms. Mongelli,

RE: Board Action Appointment – 02/18/2004
(pending criminal background check)
Teaching Position -- DICKINSON – Special Education
Effective - 01/20/2004
Temporary Through - 06/30/2004

It is a pleasure to inform you that the Board of Education, on the above date, took action to appoint you to a teaching position and you will receive a temporary contract. Appointment to this position is of a temporary nature and is not in any way to be construed that the Board intends to continue your employment beyond the above date.

Please contact your principal to discuss your assignment and any other concerns in connection with your employment that you may have.

If you have not already done so, it will be necessary for you to visit the Human Resources Office, 2916 Duncan Road, Wilmington, Delaware, for a pre-employment conference and to contact our Benefits Office, 683-6672, concerning your employee benefits.

On behalf of the Board of Education, I wish you success in the Red Clay Consolidated School District. If I can be of assistance, please feel free to contact me.

Sincerely,

Debra Davenport
Manager
Human Resources

DD:vb

The Red Clay Consolidated School District does not discriminate on the basis of race, color, national origin, religion, sex, age, or disability in its programs, activities or employment practices as required by Title VI, Title IX and Section 504. The district coordinator of compliance is: Administrator of Human Resources Development, RCCSD, 2916 Duncan Road, Wilmington, DE 19808 (302) 683-6662.

FORM A – EMERGENCY CERTIFICATE REQUEST FORM
2003-2004

I am requesting an Emergency Certificate in the area of Exceptional Children 7-12
(subject area)
for Christina Mangelli This educator holds the following valid
(name of educator)
license.

- [x] Initial License
- [ ] Continuing License
- [ ] Advanced License

with a Standard Certificate in K-4

I have attempted to hire a highly qualified educator for this position (*see documentation).
I believe that this individual is competent to fill this position at this time.

The Red Clay will assist the educator in
(school district)
completing the requirements to become highly qualified by doing the following:
Mentoring
Monitoring
Tuition Reimbursement

I am aware that the district must send a letter to the Office of Professional Accountability reporting on the progress of the educator in meeting certification requirements. Documentation should include copies of transcripts and the summative evaluation.

If the educator has an unsatisfactory evaluation or makes no attempt to satisfy the certification requirements the Emergency Certificate will be suspended.

*Documentation includes evidence of recruitment efforts and an interview schedule.

[signature]
Signature of Personnel Director or Designee

DEPOSITION EXHIBIT
#20
3/30/06

# STUDENT BEHAVIOR REFERRAL

* **FOR INTERNAL USE ONLY** - To be completed within a reasonable amount of time.

**PART I.** Teacher's Name Ms. Mongelli Date 3/1/04

Student's Name: JW Grade: 9

Occurrence Date: 3/1/04 Time: 12:30 Location: M109

Behavior: ☐ New ☐ Ongoing Description of OBSERVED Student Behavior: JW continues to be extremely disruptive. Today, JW used inappropriate language, continually got out of his seat, and refused to keep his hands off other students. He grabbed other students by their shirts and/or arms. JW often uses inappropriate language (cursing and sexual language). He continues to do and say whatever he pleases. He will often instigate an argument for no reason or bully another student. He does no work.

**PART II.** Check off the attempts used to resolve the problem. *(Indicate date and method used in making parental contact.)*

☐ Student/Teacher Conference Date ____
☐ Disciplinary Probation
☐ Reprimand
☐ Parent Contact - Date ____ Phone ☐ and/or Letter ☐ Conference ☐
☐ Behavioral Contract
☐ Detention
☐ Work Assignment
☐ REACH Referral
☐ Other ____

Teacher's Signature ____

**PART III.** Check off the administrative action used to resolve the problem after referral. *(Indicate date and method used in making parent contact.)*

☐ Student Counseled
☐ Work Assignment
☐ Reprimand
☐ Detention
☐ Disciplinary Probation
☐ Removal from Class
☐ In-School Referral ____
☐ Outside Agency Referral ____
☐ In-School Alternative
☐ Denial of Bus Privileges
☐ Denial of Driving Privileges
☐ Suspension
☐ Exclusion
☐ Restitution/Restoration
☐ Referral to Courts
☐ Behavioral Contracts
☐ Alternative School Recommendation
☐ Recommendation for Due Process

☐ Parent Contact - Date ____ Phone ☐ and/or Letter ☐ Conference ☐

Comments ( *if any* ): ____

Administrator's Signature ____ Date ____

Form 240 (Rev. 6/97) White - Principal Yellow - Return to Teacher Pink - Discipline File Gold - Remains with Teacher

Mongelli-82

THE RED CLAY CONSOLIDATED SCHOOL DISTRICT

STUDENT BEHAVIOR REFERRAL

* FOR INTERNAL USE ONLY - To be completed within a reasonable amount of time.

**PART I.** Teacher's Name ______ Date 3/2/04

Student's Name: JW ______ Grade: 9

Occurrence Date: ______ Time: ______ Location: ______

Behavior: ☐ New ☐ Ongoing Description of Student Behavior: JW continues to be extremely disruptive and disrespectful. He continually got out of his seat and refused to keep his hands off other students. JW talked very loud while I was teaching the class. When I told him to stop talking, he yelled out: "Fuck her." JW got out of his seat and yelled "I'm going to knock her fucking head off."

**PART II.** Check off the attempts used to resolve the problem. *(Indicate date and method used in making parental contact.)*

☐ Student/Teacher Conference Date ______
☐ Disciplinary Probation
☐ Reprimand
☐ Parent Contact - Date ______ Phone ☐ and/or Letter ☐ Conference ☐
☐ Behavioral Contract
☐ Detention
☐ Work Assignment
☐ REACH Referral
☐ Other ______

Teacher's Signature ______

**PART III.** Check off the administrative action used to resolve the problem after referral. *(Indicate date and method used in making parent contact)*

☐ Student Counseled
☐ Work Assignment
☐ Reprimand
☐ Detention
☐ Disciplinary Probation
☐ Removal from Class
☐ In-School Alternative
☐ Denial of Bus Privileges
☐ Denial of Driving Privileges
☐ Suspension
☐ Exclusion
☐ Restitution/Restoration
☐ Referral to Courts
☐ Behavioral Contracts
☐ Alternative School Recommendation
☐ Recommendation for Due Process
☐ In-School Referral ______
☐ Outside Agency Referral ______
☐ Parent Contact - Date ______ Phone ☐ and/or Letter ☐ Conference ☐

Comments *(if any)*: ______

Administrator's Signature ______ Date ______

Form 240 (Rev 6/02) White - Principal Yellow - Return to Teacher Pink - Discipline File Gold - Remains with Teacher

Mongelli-83

RED CLAY CONSOLIDATED SCHOOL DISTRICT

CLASS REPORT

Student Name [JW] Homeroom____

Class cut, Lateness, (Behavior) [JW] threw [REDACTED] on the floor. [JW] Kicked [REDACTED]'s book bag.

Date(s) 3/31/04

Subject English

Period/Mod 7/8

Teacher Signature Ms. Mongelli

Date(s) of Detention

Confirmation Requested

For Official Use

☐ Detention Assigned
☐ Parents Contacted
☐ Parent Conference Held
☐ Student Escorted to Class
☐ Student Suspended
☐ Other

Copies: White - Office Canary - Teacher Pink - Student

Mongelli-84

RED CLAY CONSOLIDATED SCHOOL DISTRICT

CLASS REPORT

Student Name JW Homeroom______

Class cut, Lateness, (Behavior) Refused to stop talking on cell phone. Called me a "fucking bitch."

Date(s) 3/31/04

Subject Social Studies

Period/Mod 9

Teacher Signature Ms. Mongelli ____________ Date(s) of Detention

Confirmation Requested

For Official Use

- ☐ Detention Assigned
- ☐ Parents Contacted
- ☐ Parent Conference Held
- ☐ Student Escorted to Class
- ☐ Student Suspended
- ☐ Other

Copies: White - Office Canary - Teacher Pink - Student

Mongelli-85

RED CLAY CONSOLIDATED SCHOOL DISTRICT

CLASS REPORT

Student Name JW Homeroom_____

Class cut, Lateness, (Behavior) JW called me a "fucking bitch" many times, "fucking ugly," "fucking idiot," and told me to "get the fuck out of here"

Date(s) 4/1/04

Subject English

Period/Mod 7/8

Teacher Signature Ms. Mongelli

Date(s) of Detention

Confirmation Requested

For Official Use

☐ Detention Assigned ☐ Student Escorted to Class

☐ Parents Contacted ☐ Student Suspended

☐ Parent Conference Held ☐ Other

Copies: White - Office Canary - Teacher Pink - Student

Mongelli-86

03/30/2005 08:10 RED CLAY SCHOOL DIST HUMAN RES → 95763359 NO.961 P02

Delaware
Department of Education

# DEPARTMENT OF EDUCATION

THE TOWNSEND BUILDING
P.O. BOX 1402
DOVER, DELAWARE 19903-1402
DOE WEBSITE: http://www.doe.state.de.us

Valerie A. Woodruff
Secretary of Education
Voice: (302) 739-4601
FAX: (302) 739-4654

April 12, 2004

EXHIBIT
PENGAD 800-631-6989
#2
10/7/05

Christina Diane Mongelli
SSN 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
504 Blackbird Drive
Hockessin, DE 19707

Dear Ms. Mongelli:

Enclosed is an Emergency TEACHER OF EXCEPTIONAL CHILDREN - LD, SED AND MH (SECONDARY 7-12) Certificate as requested for you by your local Superintendent. Please note that the certificate is effective for a period of 3 years, from 1/20/2004 to 1/31/2007. The Emergency Certificate is not renewable and is issued on an emergency basis. It is your responsibility to complete the requirements for full certification. You will be issued the appropriate certificate upon completion of the following:

Option 1:
Matriculate through an Approved Program in EXCEPTIONAL CHILDREN 7-12 Education from a regionally-accredited college or university

OR

Option 2:
Submit passing scores on the PRAXIS II test in EXCEPTIONAL CHILDREN 7-12 Education (#0532) after cut scores have been established by the Professional Standards Board (when available)

OR

Option 3:
Complete Course Count Requirements listed below: A minimum of 27 semester hours required core courses as follows (see note below**):

A minimum of 27 semester hours required core courses for all Exceptional Teaching Licenses
3 Semester Hours--Classroom Management
3 Semester Hours--Introduction/Education of Exceptional Children
3 Semester Hours--Applied Behavior Analysis
6 Semester Hours--Electives in Special Education
3 Semester Hours--Issues in Secondary Transition and Vocational Education
3 Semester Hours--Methods/Curriculum in Secondary Exceptional Children
3 Semester Hours--Diagnosis/Assessment IEP Development for Exceptionalities
3 Semester Hours--Assistive Technology (Mildly and Moderately Disabled)

(OVER)

EDUCATION INFO LINE: (877) 838-3787

THE STATE OF DELAWARE IS AN EQUAL OPPORTUNITY EMPLOYER AND DOES NOT DISCRIMINATE OR DENY SERVICES ON THE BASIS OF RACE, COLOR, RELIGION, NATIONAL ORIGIN, SEX, DISABILITY AND/OR AGE.

TEACHER CERTIFICATION INFO: (888) 759-9133

D228

A13

*Successful completion of the following sections of the PRAXIS I. Passing written/computer scores are: Reading 175/322, Writing 173/319, and Mathematics 174/319.*

****Please be advised that amendments to 14 DE Administrative Code 1562 are being considered by the Delaware Professional Standards Board, which would repeal this regulation approximately by June 30, 2006. If the amendments pass and are approved by the Delaware State Board of Education, it will mean that you must have ALL requirements completed by June 30, 2006 to be eligible for a standard certificate in the area of EXCEPTIONAL CHILDREN 7-12 per DE Administrative Code 1562. If you have not completed these requirements by 6/30/06, you will need to matriculate from an approved program and meet all new requirements in effect at that time.**

When the above requirements have been completed, please have official transcripts and/or other documentation sent to the DOE Certification Office.

Sincerely,

Aleta Hannah

Aleta M. Hannah, Ph. D.
Education Specialist
Educator Licensure
Tel: 739-4686

Enclosure

CC: RED CLAY CONSOLIDATED SCHOOL DISTRICT

**P.S. RED CLAY CONSOLIDATED SCHOOL DISTRICT: Please complete the form entitled: SUMMARY FORM B-EMERGENCY CERTIFICATE-as shown on the given example. Due to the new certification laws, Delaware Code 1515, "In its request for the issuance of an emergency certificate, the employing district must (3.1.1) document its efforts to hire a certified educator by supplying the Department with copies of job postings, recruitment efforts, and advertisements. . . . (3.1.3) Set forth a written plan to support and assist the proposed recipient in achieving the skills and knowledge necessary to meet the applicable certification requirements."**



EXHIBIT
Davenport
#5 10/7/06
PENGAD 800-631-6989

Certificate No. 90944

# Department of Education
## State of Delaware

*Know all persons by these Present, that*

CHRISTINA DIANE MONGELLI

having fulfilled the requirements of the rules and regulations
of the State Board of Education
for the certification of Professional School Personnel is hereby granted this

EMERGENCY CERTIFICATE

and is licensed to hold the position of

TEACHER OF EXCEPTIONAL CHILDREN - LD, SED AND MH (SECONDARY 7-12)

in the State of Delaware for 3 years
unless this Certificate be sooner revoked.

Given at Dover: April 12, 2004
Effective Date: January 20, 2004
Expiration Date: January 31, 2007

Valerie A. Woodruff
Secretary of Education

D87



**Memorandum**

CLAY CONSOLIDATED SCHOOL DISTRICT
ert J. Andrzejewski, Ed.D.
*Superintendent*
Administrative Offices
2916 Duncan Road
Wilmington, DE 19808

JOHN DICKINSON HIGH SCHOOL
1801 Milltown Road
nington, Delaware, 19808
(302) 992-5500
FAX (302) 992-5506
Chad C. Carmack
*Principal*
id.Carmack@redclay.k12.de.us

TO: Diane L. Dunmon
Debra Davenport

FROM: Chad C. Carmack

CC: Tony Orga
Susan Rash
Assistant Principals

RE: JDHS Staffing

DATE: April 22, 2004

Attached you will find the most recent John Dickinson High School 2004/05 staffing plan. I have utilized the 58 + 1 para units assigned to our school. I did list two driver education positions, which makes my total staff listing 61. Also, I have highlighted those teachers listed as temporary employees, I recommend they be rolled over into the 2004/05 school year. Please contact me if they cannot be rehired.

Below you will find our anticipated vacancies:

- Social Studies
- Special Education
- Consumer Science (Child Development)

Please let me know if you have any questions in reference to my anticipated vacancy list. Thank you for your assistance.

D96

The Red Clay Consolidated School District does not discriminate on the basis of race, color, national origin, religion, sex, age, or disability in its programs, activities or employment practices as required by Title VI, Title IX and Section 504. The district coordinator of compliance is: Administrator of Human Resources Development, RCCSD, 2916 Duncan Road, Wilmington, DE 19808 (302) 683-6662.

# *JOHN DICKINSON HS 2004 05 UNITS (4/22/04)*

| *UNIT* | *Position* | *Last Name* | *First Name* |
|---|---|---|---|
| 01 | ART | WINNERLING | DAVID |
| 02 | ASSISTANT PRINCIPAL | ARMSTRONG | STEPHANIE |
| 03 | BUS ED | WEXLER | MICHAEL |
| 04 | BUS ED | BURGER | SHERRITT |
| 05 | BUS ED | JUST | DIANNE |
| 06 | CON SCIENCE | Open | Open |
| 07 | COUNSELOR | FULLMER | PATRICIA |
| 08 | COUNSELOR | SCOTT | ELAINE |
| 09 | COUNSELOR | GILLESPIE | JON |
| 10 | DISC | KUKAN | DONALD |
| 11 | DR ED | DISTEFANO | CHRISTOPHER |
| 12 | DR ED | ROBINSON | JACKIE |
| 13 | ENGLISH | DEIDRICK | BEVERLY |
| 14 | ENGLISH | ZERBE | KRISTIN |
| 15 | ENGLISH | VYE | REBECCA |
| 16 | ENGLISH | TIPPETT | SUSAN |
| 17 | ENGLISH | VUCCOLA | MICHAEL |
| 18 | ENGLISH | BARTH | COLLEEN |
| 19 | ENGLISH | CICORIA | LISA |
| 20 | FL | TRAVALINI | GINA |
| 21 | FL | ZAETTA | MYRNA |
| 22 | FL | CORNISH | MYRON |
| 23 | FL | SHORT | JENNIFER |
| 24 | HLTH/PE | HAYNES | JENNIFER |
| 25 | HLTH/PE | DICK | ANDREW |
| 26 | HLTH/PE | LASORSA | PAUL |
| 27 | MATH | HOWARD | STEVEN |
| 28 | MATH | SPITSBERGEN | SUSANNE |

| UNIT | Position | Last Name | First Name |
|---|---|---|---|
| 29 | MATH | HERHOLDT | ANNE |
| 30 | MATH | ALLEN | ANGEL RENEE |
| 31 | MATH | EHEMANN | KAREN |
| 32 | MATH | POLITE | SHERRY |
| 33 | MEDIA | SMITH | SUZANNE |
| 34 | MUSIC | CASSIDY | SHEILA |
| 35 | MUSIC | HOCKING | JOSEPH |
| 36 | NURSE | WATSON | DONNA |
| 37 | SCIENCE | WARE | DOUGLAS |
| 38 | SCIENCE | HEATH | LARRY |
| 39 | SCIENCE | CICCONI | SONJA ANNA |
| 40 | SCIENCE | LERTOLA | JAMES |
| 41 | SCIENCE | STEPHENSON | CRAIG |
| 42 | SCIENCE | KARCHA | ROBERT |
| 43 | SCIENCE | BURPEE | KRISTINE |
| 44 | SP ED | WILLIAMS | RACHEL |
| 45 | SP ED | FILLINGAME | KEVIN |
| 46 | SP ED | WILSON | KELLEY |
| 47 | SP ED | Open | Open |
| 48 | SP ED | LENKIEWICZ | MARIE |
| 49 | SP ED | REALER | JAMES |
| 50 | SP ED | Open | Open |
| 51 | SP ED ED | NORTON | KRISTEN |
| 52 | SS | THOMAS | DAVID |
| 53 | SS | Open | Open |
| 54 | SS | MONTEBELL | JOSEPH |
| 55 | SS | LEE | SUK WOO (DAVID) |
| 56 | SS | HARDING | RAHN |
| 57 | SS | CINI | RICHARD |
| 58 | TECH ED | WHARTON | RAY |

| *UNIT* | *Position* | *Last Name* | *First Name* |
|---|---|---|---|
| 59 | TECH ED | SHEEHY | KATHRYN |
| 60 | TECH ED | MINCHHOFF | MICHAEL |
| 61 | TECH ED | HENSLER | THOMAS |

# THE RED CLAY CONSOLIDATED SCHOOL DISTRICT

## STUDENT BEHAVIOR REFERRAL

* **FOR INTERNAL USE ONLY** - To be completed within a reasonable amount of time.

**PART I.** Teacher's Name Ms. Mongelli Date 4/26/04

Student's Name: JW Grade: 9

Occurrence Date: 4/26/04 Time: Period 7/8 Location: M109

Behavior: ☐ New ☑ Ongoing Description of Student Behavior: JW continues to use very inappropriate language. Today, JW behaved extremely inappropriately. As I leaned over to help a student who was seated, JW got out of his seat and came up behind me. He grabbed me forcefully and proceeded to "hump" me.

**PART II.** Check off the attempts used to resolve the problem. *(Indicate date and method used in making parental contact.)* parent not home, left message with JW's brother

☑ Student/Teacher Conference Date 4/26/04
☐ Disciplinary Probation
☐ Reprimand

☑ Parent Contact - Date 4/26/04
Phone ☑ and/or Letter ☐
Conference ☐
☐ Behavioral Contract

☐ Detention
☐ Work Assignment
☐ REACH Referral
☐ Other

Teacher's Signature Ms. Mongelli

**PART III.** Check off the administrative action used to resolve the problem after referral. *(Indicate date and method used in making parent contact.)*

☐ Student Counseled
☐ Work Assignment
☐ Reprimand
☐ Detention
☐ Disciplinary Probation
☐ Removal from Class
☐ In-School Referral
☐ Outside Agency Referral

☐ In-School Alternative
☐ Denial of Bus Privileges
☐ Denial of Driving Privileges
☐ Suspension
☐ Exclusion

☐ Restitution/Restoration
☐ Referral to Courts
☐ Behavioral Contracts
☐ Alternative School Recommendation
☐ Recommendation for Due Process

☐ Parent Contact - Date ____ Phone ☐ and/or Letter ☐ Conference ☐

Comments *( if any )*:

DEPOSITION EXHIBIT # 1 MONGELLI 3/30/06 ASB
PENGAD-Bayonne, N.J.

Administrator's Signature ____ Date ____

# THE RED CLAY CONSOLIDATED SCHOOL DISTRICT

## STUDENT BEHAVIOR REFERRAL

* **FOR INTERNAL USE ONLY** - To be completed within a reasonable amount of time.

**PART I.** Teacher's Name Ms. Mongelli Date 5/3/04

Student's Name: JW Grade: 9

Occurrence Date: 5/3/04 Time: Period 7/8 Location: M109

Behavior: ☐ New ☐ Ongoing Description of Student Behavior: When I was teaching the class, JW looked directly at my breasts and stated: "Your nipples are hard." At the end of the period, JW grabbed my arm forcefully and pulled me close to his body. He stated: "Your a bitch, but I mean that in a good way."

**PART II.** Check off the attempts used to resolve the problem. *(Indicate date and method used in making parental contact.)* parent not home sibling answered phone

☑ Student/Teacher Conference Date 5/3/04

☐ Disciplinary Probation

☐ Reprimand

☑ Parent Contact - Date 5/3/04

Phone ☑ and/or Letter ☐

Conference ☐

☐ Behavioral Contract

☐ Detention

☐ Work Assignment

☐ REACH Referral

☐ Other ______

Teacher's Signature Ms. Mongelli

**PART III.** Check off the administrative action used to resolve the problem after referral. *(Indicate date and method used in making parent contact.)*

☐ Student Counseled

☐ Work Assignment

☐ Reprimand

☐ Detention

☐ Disciplinary Probation

☐ Removal from Class

☐ In-School Alternative

☐ Denial of Bus Privileges

☐ Denial of Driving Privileges

☐ Suspension

☐ Exclusion

☐ Restitution/Restoration

☐ Referral to Courts

☐ Behavioral Contracts

☐ Alternative School Recommendation

☐ Recommendation for Due Process

☐ In-School Referral ______

☐ Outside Agency Referral ______

☐ Parent Contact - Date ______ Phone ☐ and/or Letter ☐ Conference ☐

Comments ( *if any* ) : ______

DEPOSITION EXHIBIT #2 3/30/06 ASB

Administrator's Signature ______ Date ______

# THE RED CLAY CONSOLIDATED SCHOOL DISTRICT

## STUDENT BEHAVIOR REFERRAL

* FOR INTERNAL USE ONLY - To be completed within a reasonable amount of time.

**PART I.** Teacher's Name Ms. Mongelli Date 5/4/04

Student's Name: JW Grade: 9

Occurrence Date: 5/4/04 Time: Period 9 Location: A105B

Behavior: ☐ New ☑ Ongoing Description of Student Behavior: At the end of the period, JW sat on top of the desk and stared directly at me. JW opened his legs wide and pretended to be having sex. He moved the lower portion of his body up and down quite rapidly. He said: "Oh, oh, Aah." He made "sucking" noises with his mouth and pretended he was breathing heavily.

**PART II.** Check off the attempts used to resolve the problem. *(Indicate date and method used in making parental contact.)*

☑ Student/Teacher Conference Date 5/4/04
☐ Disciplinary Probation
☐ Reprimand
☐ Parent Contact - Date ______ Phone ☐ and/or Letter ☐ Conference ☐
☐ Behavioral Contract
☐ Detention
☐ Work Assignment
☐ REACH Referral
☐ Other ______

Teacher's Signature Ms. Mongelli

**PART III.** Check off the administrative action used to resolve the problem after referral. *(Indicate date and method used in making parent contact.)*

☐ Student Counseled
☐ Work Assignment
☐ Reprimand
☐ Detention
☐ Disciplinary Probation
☐ Removal from Class
☐ In-School Referral ______
☐ Outside Agency Referral ______
☐ Parent Contact - Date ______ Phone ☐ and/or Letter ☐ Conference ☐

☐ In-School Alternative
☐ Denial of Bus Privileges
☐ Denial of Driving Privileges
☐ Suspension
☐ Exclusion

☐ Restitution/Restoration
☐ Referral to Courts
☐ Behavioral Contracts
☐ Alternative School Recommendation
☐ Recommendation for Due Process

Comments ( *if any* ): ______

DEPOSITION EXHIBIT #3 3/30/06 ASB

Administrator's Signature ______ Date

# THE RED CLAY CONSOLIDATED SCHOOL DISTRICT

## STUDENT BEHAVIOR REFERRAL

∗ **FOR INTERNAL USE ONLY -** To be completed within a reasonable amount of time.

**PART I.** Teacher's Name Ms Mongelli Date 5/5/04

Student's Name: JW Grade: 9

Occurrence Date: 5/5/04 Time: Period 7/8 Location: M109

Behavior: ☐ New ☑ Ongoing Description of Student Behavior: As I walked into the classroom at the beginning of the period, JW grabbed my arm very forcefully and refused to let go. He said, "Let's do the tango." He pulled me close to his body and moved me forward. When I told him to let go of my arm, he said: "Your a bitch. Chill." Then, he stated: "Do you have sex?" and "Who do you have sex with?"

**PART II.** Check off the attempts used to resolve the problem. *(Indicate date and method used in making parental contact.)*

- ☑ Student/Teacher Conference Date 5/5/04
- ☐ Disciplinary Probation
- ☐ Reprimand
- ☐ Parent Contact - Date ______ Phone ☐ and/or Letter ☐ Conference ☐
- ☐ Behavioral Contract
- ☐ Detention
- ☐ Work Assignment
- ☐ REACH Referral
- ☐ Other ______

Teacher's Signature Ms. Mongelli

**PART III.** Check off the administrative action used to resolve the problem after referral. *(Indicate date and method used in making parent contact.)*

- ☐ Student Counseled
- ☐ Work Assignment
- ☐ Reprimand
- ☐ Detention
- ☐ Disciplinary Probation
- ☐ Removal from Class
- ☐ In-School Alternative
- ☐ Denial of Bus Privileges
- ☐ Denial of Driving Privileges
- ☐ Suspension
- ☐ Exclusion
- ☐ Restitution/Restoration
- ☐ Referral to Courts
- ☐ Behavioral Contracts
- ☐ Alternative School Recommendation
- ☐ Recommendation for Due Process
- ☐ In-School Referral ______
- ☐ Outside Agency Referral ______
- ☐ Parent Contact - Date ______ Phone ☐ and/or Letter ☐ Conference ☐

Comments ( *if any* ) : ______

DEPOSITION EXHIBIT #4 3/30/06 ASB

Administrator's Signature ______ Date ______

# THE RED CLAY CONSOLIDATED SCHOOL DISTRICT

## STUDENT BEHAVIOR REFERRAL

* FOR INTERNAL USE ONLY - To be completed within a reasonable amount of time.

**PART I.** Teacher's Name Ms. Mongelli Date 5/5/04

Student's Name: JW Grade: 9

Occurrence Date: 5/5/04 Time: Period 9 Location: A105B

Behavior: ☐ New ☑ Ongoing Description of Student Behavior: JW refused to sit in his seat and to stop talking. When I told him to sit down, he threatened: "My mom is going to take care of you. She's going to rock you." I wrote out an SOS form and gave it to JW He yelled, "I ain't fucking going anywhere. You're a fucking bitch." He tore the form in half. I called the main office for an administrator. Mr. Carmack came to the classroom and removed JW Mr. Carmack sent JW back to my classroom before the end of the period

**PART II.** Check off the attempts used to resolve the problem. *(Indicate date and method used in making parental contact.)*

☑ Student/Teacher Conference Date 5/5/04
☐ Disciplinary Probation
☐ Reprimand
☐ Parent Contact - Date ______ Phone ☐ and/or Letter ☐ Conference ☐
☐ Behavioral Contract
☐ Detention
☐ Work Assignment
☐ REACH Referral
☐ Other ______

Teacher's Signature Ms. Mongelli

**PART III.** Check off the administrative action used to resolve the problem after referral. *(Indicate date and method used in making parent contact.)*

☐ Student Counseled
☐ Work Assignment
☐ Reprimand
☐ Detention
☐ Disciplinary Probation
☐ Removal from Class
☐ In-School Alternative
☐ Denial of Bus Privileges
☐ Denial of Driving Privileges
☐ Suspension
☐ Exclusion
☐ Restitution/Restoration
☐ Referral to Courts
☐ Behavioral Contracts
☐ Alternative School Recommendation
☐ Recommendation for Due Process
☐ In-School Referral ______
☐ Outside Agency Referral ______
☐ Parent Contact - Date ______ Phone ☐ and/or Letter ☐ Conference ☐

Comments ( *if any* ): ______

DEPOSITION EXHIBIT #5 Mongelli 3/30/06 ASB
PENGAD-Bayonne, N.J.

Administrator's Signature ______ Date ______

# THE RED CLAY CONSOLIDATED SCHOOL DISTRICT

## STUDENT BEHAVIOR REFERRAL

* FOR INTERNAL USE ONLY - To be completed within a reasonable amount of time.

**PART I.** Teacher's Name Ms. Mongelli Date 5/6/04

Student's Name: JW Grade: 9

Occurrence Date: 5/6/04 Time: Period 9 Location: A105B

Behavior: ☐ New ☑ Ongoing Description of Student Behavior: JW got out of his seat, came up to my desk, and stared directly at me. Then, JW sang a rap song stating, "How's your pussy?" He sang the word "pussy" several times during his rap song. When I told him to go to SOS, he continued singing even louder. After JW sang, he made "sucking" noises with his mouth.

**PART II.** Check off the attempts used to resolve the problem. *(Indicate date and method used in making parental contact.)*

☑ Student/Teacher Conference Date 5/6/04
☐ Disciplinary Probation
☐ Reprimand
☐ Parent Contact - Date ______
Phone ☐ and/or Letter ☐
Conference ☐
☐ Behavioral Contract
☐ Detention
☐ Work Assignment
☐ REACH Referral
☐ Other ______

Teacher's Signature Ms. Mongelli

**PART III.** Check off the administrative action used to resolve the problem after referral. *(Indicate date and method used in making parent contact.)*

☐ Student Counseled
☐ Work Assignment
☐ Reprimand
☐ Detention
☐ Disciplinary Probation
☐ Removal from Class
☐ In-School Referral ______
☐ Outside Agency Referral ______
☐ Parent Contact - Date ______ Phone ☐ and/or Letter ☐ Conference ☐
☐ In-School Alternative
☐ Denial of Bus Privileges
☐ Denial of Driving Privileges
☐ Suspension
☐ Exclusion
☐ Restitution/Restoration
☐ Referral to Courts
☐ Behavioral Contracts
☐ Alternative School Recommendation
☐ Recommendation for Due Process

Comments ( *if any* ) : ______

DEPOSITION EXHIBIT #6 3/30/06 ASB

Administrator's Signature ______ Date ______

5|7

# THE RED CLAY CONSOLIDATED SCHOOL DISTRICT

## STUDENT BEHAVIOR REFERRAL

* **FOR INTERNAL USE ONLY** - To be completed within a reasonable amount of time.

**PART I.** Teacher's Name Ms. Mongelli Date 5/7/04

Student's Name: [JW] Grade: 9

Occurrence Date: 5/7/04 Time: Period 7/8 Location: M109

Behavior: ☐ New ☑ Ongoing Description of Student Behavior: [JW] got out of his seat and walked over to me. Then, [JW] sang a rap song stating, "Ms Mongelli gives head." He sang this four times. As he was singing, [JW] pointed to his penis three times.

**PART II.** Check off the attempts used to resolve the problem. *(Indicate date and method used in making parental contact.)*

☐ Student/Teacher Conference Date ______
☐ Disciplinary Probation
☐ Reprimand
☐ Parent Contact - Date ______ Phone ☐ and/or Letter ☐ Conference ☐
☐ Behavioral Contract
☐ Detention
☐ Work Assignment
☐ REACH Referral
☐ Other ______

Teacher's Signature ______

**PART III.** Check off the administrative action used to resolve the problem after referral. *(Indicate date and method used in making parent contact.)*

☐ Student Counseled
☐ Work Assignment
☐ Reprimand
☐ Detention
☐ Disciplinary Probation
☐ Removal from Class
☐ In-School Alternative
☐ Denial of Bus Privileges
☐ Denial of Driving Privileges
☐ Suspension
☐ Exclusion
☐ Restitution/Restoration
☐ Referral to Courts
☐ Behavioral Contracts
☐ Alternative School Recommendation
☐ Recommendation for Due Process
☐ In-School Referral ______
☐ Outside Agency Referral ______
☐ Parent Contact - Date ______ Phone ☐ and/or Letter ☐ Conference ☐

Comments ( *if any* ) : ______

DEPOSITION EXHIBIT #7 3/30/06 ASR

Administrator's Signature ______ Date ______



RED CLAY CONSOLIDATED SCHOOL DISTRICT

Robert J. Andrzejewski, Ed.D.
*Superintendent*

Administrative Offices
2916 Duncan Road
Wilmington, DE 19808

Human Resources

(302) 683-6656
FAX (302) 636-8778

Debra Davenport
*Manager*

Debra.Davenport@redclay.k12.de.us

May 13, 2004

Ms. Christina Mongelli – 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
504 Blackbird Drive
Hockessin, DE 19707

Dear Ms. Mongelli,

RE: Board Action Appointment – 05/12/2004
Change in Condition of Employment – Temporary Contract
TO: Regular Contract
LOCATION: DICKINSON HIGH SCHOOL
EFFECTIVE: 05/13/2004

The Board of Education on the above day approved the change in the condition of your employment.

Sincerely,

Debra Davenport
Manager
Human Resources

DD:vb

The Red Clay Consolidated School District does not discriminate on the basis of race, color, national origin, religion, sex, age, or disability in its programs, activities or employment practices as required by Title VI, Title IX and Section 504. The district coordinator of compliance is: Administrator of Human Resources Development, RCCSD, 2916 Duncan Road, Wilmington, DE 19808 (302) 683-6662.

files

July
Aug 4
12 Noon. Family
M. Tothe - 762-5524

EXHIBIT
PENGAD 800-631-6989
Kennedy
#20 8/17/06

# MANIFESTATION DETERMINATION WORKSHEET

Student: Student - JW Date: 6/3/04

In order to determine that a student's behavior is not a manifestation of his or her disability, all three of the following statements must be true.

1. The student's IEP and placement are appropriate and the special education services, supplementary aids and services, and behavior intervention strategies were provided consistent with the child's IEP and placement. ✓ yes __ no

2. The student's disability did not impair the ability of the student to understand the impact and consequences of the behavior. __ yes ✓ no

3. The student's disability did not impair the ability of the student to control the behavior subject to disciplinary action. __ yes ✓ no

If all three statements above are true, the behavior IS NOT A MANIFESTATION of the student's disability.

If at least one of the statements is false, the behavior IS A MANIFESTATION of The student's disability.

According to the guidelines above, Student - JW behavior
name of student

X IS A MANIFESTATION of disability
__ IS NOT A MANIFESTATION of disability

CONFIDENTIAL
D137

| Signatures: | Title | Approve | Disapprove |
|---|---|---|---|
| Jeanene Casella | Psychologist | ✓ | __ |
| Rachel Wallker | Sp. Ed. Teacher | ✓ | __ |
| Kristen Norton | E.D. | ✓ | __ |
| Thomas Kalinowski | Gen. Ed. Teacher | ✓ | __ |

Rev.5.00

DISCIPLINARY REFERRALS

Date Range: 8/1/03 - 6/16/2004
*Referred By:* MONGELLI CHRISTINE

TOTAL = 82

| Student | Grade | Date | Behavior | Admin Action 1 |
|---|---|---|---|---|
| | 09 | 4/2/2004 | CLASS CUTTING | In-School Alternative |
| | 09 | 4/26/2004 | GENERAL CLASSROOM DISRUPTION | Time Out |
| | 09 | 2/10/2004 | GENERAL CLASSROOM DISRUPTION | Student Counseled |
| | 09 | 2/13/2004 | GENERAL CLASSROOM DISRUPTION | Time Out |
| | 09 | 3/23/2004 | GENERAL CLASSROOM DISRUPTION | Time Out |
| REDACTED | 09 | 4/1/2004 | GENERAL CLASSROOM DISRUPTION | Detention |
| | 09 | 4/8/2004 | DISRESPECT TOWARD A STAFF MEMBER | Time Out |
| | 10 | 2/20/2004 | DISRESPECT TOWARD A STAFF MEMBER | Time Out |
| | 10 | 3/24/2004 | DEFIANCE OF SCHOOL AUTHORITY | In-School Alternative |
| | 10 | 3/18/2004 | GENERAL CLASSROOM DISRUPTION | Detention |
| | 10 | 3/22/2004 | OTHER | Detention |
| | 10 | 4/1/2004 | GENERAL CLASSROOM DISRUPTION | Detention |
| | 10 | 4/7/2004 | DEFIANCE OF SCHOOL AUTHORITY | In-School Alternative |
| | 10 | 2/5/2004 | DEFIANCE OF SCHOOL AUTHORITY | Detention |
| | 10 | 3/22/2004 | DEFIANCE OF SCHOOL AUTHORITY | Student Counseled |
| | 10 | 3/2/2004 | OTHER | Detention |
| | 10 | 3/2/2004 | DISRESPECT TOWARD A STAFF MEMBER | Detention |
| | 10 | 3/31/2004 | GENERAL CLASSROOM DISRUPTION | Parent Contacted By Phone |
| | 10 | 4/8/2004 | GENERAL CLASSROOM DISRUPTION | Time Out |
| | 10 | 2/4/2004 | DEFIANCE OF SCHOOL AUTHORITY | Detention |
| | 10 | 3/1/2004 | GENERAL CLASSROOM DISRUPTION | Detention |
| | 10 | 3/12/2004 | DEFIANCE OF SCHOOL AUTHORITY | Parent Contacted By Phone |
| | 10 | 3/18/2004 | GENERAL DISRUPTION OF THE ORDERLY EDUCATION PROCESS | Parent Contacted By Phone |
| | 10 | 3/18/2004 | DISRESPECT TOWARD A STAFF MEMBER | Detention |
| | 10 | 3/24/2004 | DEFIANCE OF SCHOOL AUTHORITY | Detention |
| | 10 | 3/30/2004 | GENERAL CLASSROOM DISRUPTION | Time Out |
| | 10 | 4/8/2004 | | |
| | 10 | 4/8/2004 | GENERAL CLASSROOM DISRUPTION | Time Out |
| | 10 | 4/21/2004 | GENERAL DISRUPTION OF THE ORDERLY EDUCATION PROCESS | Time Out |
| | 09 | 3/24/2004 | GENERAL CLASSROOM DISRUPTION | Parent Conference |
| | 09 | 4/1/2004 | DEFIANCE OF SCHOOL AUTHORITY | Reprimand |
| | 09 | 4/20/2004 | GENERAL CLASSROOM DISRUPTION | Time Out |
| | 09 | 4/22/2004 | INFLAMMATORY ACTIONS | Parent Contacted By Phone |
| | 10 | 2/13/2004 | GENERAL CLASSROOM DISRUPTION | Time Out |

DEPOSITION EXHIBIT #8

| | | | |
|---|---|---|---|
| | 10 | 4/1/2004 | GENERAL DISRUPTION OF THE ORDERLY EDUCATION PROCESS |
| | 10 | 2/13/2004 | GENERAL CLASSROOM DISRUPTION |
| | 10 | 2/13/2004 | GENERAL CLASSROOM DISRUPTION |
| REDACTED | 10 | 3/1/2004 | DEFIANCE OF SCHOOL AUTHORITY |
| | 10 | 3/24/2004 | DEFIANCE OF SCHOOL AUTHORITY |
| | 10 | 3/30/2004 | GENERAL CLASSROOM DISRUPTION |
| | 10 | 3/30/2004 | GENERAL CLASSROOM DISRUPTION |
| | 10 | 3/30/2004 | DEFIANCE OF SCHOOL AUTHORITY |
| | 10 | 4/8/2004 | GENERAL CLASSROOM DISRUPTION |
| | 10 | 5/13/2004 | GENERAL CLASSROOM DISRUPTION |
| | 11 | 3/18/2004 | CLASS CUTTING |
| | 09 | 3/24/2004 | DEFIANCE OF SCHOOL AUTHORITY |
| | 09 | 4/7/2004 | GENERAL CLASSROOM DISRUPTION |
| | 10 | 2/17/2004 | DEFIANCE OF SCHOOL AUTHORITY |
| | 10 | 3/18/2004 | CLASS CUTTING |
| | 10 | 3/22/2004 | USE OF PROFANITY |
| | 10 | 3/24/2004 | USE OF PROFANITY |
| | 10 | 4/1/2004 | USE OF PROFANITY |
| | 10 | 4/2/2004 | USE OF PROFANITY |
| | 10 | 3/18/2004 | CLASS CUTTING |
| | 10 | 3/24/2004 | DEFIANCE OF SCHOOL AUTHORITY |
| | 10 | 4/2/2004 | LEAVING CLASS WITHOUT PERMISSION |
| | 10 | 2/10/2004 | GENERAL CLASSROOM DISRUPTION |
| | 10 | 3/3/2004 | DISRESPECT TOWARD A STAFF MEMBER |
| | 10 | 3/1/2004 | USE OF PROFANITY |
| | 10 | 3/18/2004 | DISRESPECT TOWARD A STAFF MEMBER |
| | 09 | 3/2/2004 | INFLAMMATORY ACTIONS |
| | 09 | 3/2/2004 | INFLAMMATORY ACTIONS |
| | 09 | 3/2/2004 | INFLAMMATORY ACTIONS |
| | 09 | 3/9/2004 | GENERAL DISRUPTION OF THE ORDERLY EDUCATION PROCESS |
| | 09 | 3/10/2004 | GENERAL DISRUPTION OF THE ORDERLY EDUCATION PROCESS |
| | 09 | 4/10/2004 | GENERAL DISRUPTION OF THE ORDERLY EDUCATION PROCESS |
| US | 10 | 2/4/2004 | USE OF PROFANITY |
| | 10 | 4/1/2004 | GENERAL CLASSROOM DISRUPTION |
| | 10 | 1/21/2004 | GENERAL DISRUPTION OF THE ORDERLY EDUCATION PROCESS |

Detention
Time Out
Time Out
In-School Alternative
Parent Contacted By Phone
Time Out
Time Out
Suspension
Time Out
Parent Contacted By Phone
In-School Alternative
In-School Alternative
Time Out
Suspension
Suspension
Other
Other
In-School Alternative
In-School Alternative
In-School Alternative
In-School Alternative
In-School Alternative
Student Counseled
Time Out
Suspension
Parent Contacted By Phone
Parent Conference
Parent Conference
Parent Conference
Suspension
Suspension
Suspension
Suspension
Detention
In-School Alternative

| | | | | |
|---|---|---|---|---|
| | 10 | 3/22/2004 | DISRESPECT TOWARD A STAFF MEMBER | Parent Contacted By Phone |
| | 10 | 3/24/2004 | GENERAL DISRUPTION OF THE ORDERLY EDUCATION PROCESS | Suspension |
| | 10 | 3/31/2004 | INFLAMMATORY ACTIONS | Suspension |
| REDACTED | 09 | 3/1/2004 | OTHER | Parent Contacted By Phone |
| | 09 | 3/2/2004 | OTHER | Other |
| | 10 | 2/17/2004 | GENERAL CLASSROOM DISRUPTION | Time Out |
| | 10 | 3/1/2004 | GENERAL CLASSROOM DISRUPTION | In-School Alternative |
| | 10 | 2/4/2004 | OTHER | Time Out |
| | 10 | 3/2/2004 | INFLAMMATORY ACTIONS | Suspension |
| | 10 | 3/19/2004 | GENERAL CLASSROOM DISRUPTION | In-School Alternative |
| | 10 | 4/1/2004 | GENERAL CLASSROOM DISRUPTION | Suspension |
| | 10 | 5/7/2004 | INFLAMMATORY ACTIONS | Suspension |
| | 09 | 4/27/2004 | GENERAL CLASSROOM DISRUPTION | Time Out |

A31



IED CLAY CONSOLIDATED SCHOOL DISTRICT

Robert J. Andrzejewski, Ed.D.
*Superintendent*

Administrative Offices
2916 Duncan Road
Wilmington, DE 19808

Human Resources

(302) 683-8656
FAX (302) 636-8776

Debra Davenport
*Manager*

Debra.Davenport@redclay.k12.de.us

June 17, 2004

Ms. Christina Diane Mongelli - 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
504 Blackbird Drive
Hockessin, DE 19707

Dear Ms. Mongelli,

Board Action - 06/16/2004
Lack of Certification
Effective - 06/30/2004

The Board of Education on the above date authorized your termination due to lack of certification.

If your salary was subject to deduction for pension and you are not continuing employment with another state agency, you have two options for funds accumulated as a result of that deduction:

*Request to with draw these funds (Refer to Form No. WB-1)

*Elect to leave these funds on deposit (Refer to Form No. CRN-1)

Please complete the upper portion of the form which indicates your preference and return it to this office. We will complete and forward it to the Office of Pensions.

Enclosed is a copy of the "Notice to All Employees and Spouses concerning Continuation coverage Under Group Health Plans". Please contact the Employee Benefits Office, 683-6672, for additional information.

If we can be of any help in the future, please advise us.

Sincerely,

Debra Davenport
Manager
Human Resources

DD:vb

DEPOSITION
EXHIBIT
#22
3/30/06

The Red Clay Consolidated School District does not discriminate on the basis of race, color, national origin, religion, sex, age, or disability in its programs, activities or employment practices as required by Title VI, Title IX and Section 504. The district coordinator of compliance is: Administrator of Human Resources Development, RCCSD, 2916 Duncan Road, Wilmington, DE 19808 (302) 683-6662.

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974

☐ FEPA 04070610
☐ EEOC 17CA400600

Delaware Department of Labor and EEOC

(State, or local Agency, If any)

| AME (Indicate Mr., Mrs., Ms) | HOME TELEPHONE NO. (Include Area Code) |
|---|---|
| Christina Mongelli | (302) 239-9439 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 504 Blackbird Drive | Hockessin DE 19707 | |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one, list below.)*

| NAME | NO. OF EMPLOYEES OR MEMBERS | TELEPHONE NUMBER (Incl. Area Code) |
|---|---|---|
| State of DE/Dept. of Education/Red Clay District | 100+ | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE |
|---|---|
| 2916 Duncan Road, | Wilmington, DE 19803 |

DEPOSITION EXHIBIT #23 Mongelli 3/30/06 ASB

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE |
|---|---|
| | |

☐ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN ☐ AGE

☒ RETALIATION ☐ DISABILITY ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST 3/1/2004
LATEST 6/30/2004
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attached extra sheet(s)):

I. I am a female individual who began working with Respondent on 1/04 as a Secondary Special Education Teacher. In 3/04, one of my male students began to make sexual comments and touch me inappropriately. I reported the actions to John Kennedy, Asst. Principal who took my referral. As a result, I had no knowledge of any investigations performed because Mr. [K]ennedy did not return my documented referrals. Consequently, I attempted to perform my duties to the best of my abilities and received an excellent performance review. However, the sexual harassment from my male student escalated and I reported his actions again to Mr. Kennedy about fifteen times. Based on my performance, Debra Davenport, HR Manager offered me a full-time teaching contract on 5/13/04. After her offer, Mr. Chad Carmack, Principal stated that there were no positions for next year and he would contact Ms. Davenport. The explanations regarding my contract, from Ms. Davenport and Mr. Carmack appeared conflicting because Ms. Davenport informed me that there were openings and Mr. Carmack stated there was a hold on hiring new teachers and there were no positions available for next year. On 6/3/04, Mr. Carmack then stated that he spoke with Ms. Davenport and I should have received my termination letter. He mentioned that since I did not have my special education certification, I did not have a position. I then followed up with Ms. Davenport that day and she retracted all of her previous statements. She concluded that Mr. Carmack had the final judgement and after the board meeting on 6/16/04, I would receive my termination letter.

II. Respondent terminated me for pre-textual reasons after I reported sexual harassment from a student.

III. I believe that I was discriminated and retaliated against in violation of Title VII of the Civil Rights Act of 1964, as amended and the Delaware Discrimination in Employment Act based on my sex (female) because: 1. Respondent terminated my contract after receiving reports of sexual harassment and did not address my initial complaints; 2. Despite openings, Respondent states there are no vacancies; 3. Respondent has treated me differently than my male special education co-workers by granting them teaching positions without certificates. My present certification is valid for three years; 4. I reported the sexual harassment to the school police officer in addition to Respondent; 5. Dr. Smith, Asst. Principal, told me that many complaints do not look good for the district. Therefore, I strongly believe that my complaints motivated my termination.

☒ I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

SIGNATURE OF COMPLAINANT

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I [decla]re under penalty of perjury that the foregoing is true and correct.

July 23, 2004 — Christina Mongelli

Date — Charging Party (Signature)

NOTARY - (When necessary to meet State and Local Requirements)

Subscribed and sworn to before me this date (Day, month, and year)

**John Dickinson High School**
**1801 Milltown Road**
**Wilmington, DE 19808**
**(302) 992-5500**

Date: August 20, 2004

To: Ms. Diane Dunmon

From: Mr. John Kennedy JK

Re: Ms. Christina Mongelli and student JW

Outlined below are the events that occurred during the latter portion of the 2003-2004 school year involving Ms. Mongelli and JW. I believe these events demonstrate that I responded to the issues brought forward by Ms. Mongelli in a timely and judicious manner.

- 02/24/2004: A meeting was held in the office of the educational diagnostician for Dickinson High School, Ms. Kristen Norten. Ms. Mongelli was present. The purpose of the meeting was to see if assistance could be provided to Ms. Mongelli who was experiencing classroom management issues. I removed several students from Ms. Mongelli's class, including ER, EW and CD-W. No mention was made of JW. [See letter dated 2/24/04]

- 03/08/2004: JW received a one day Out-of-School Suspension (OSS) for 3/09/04 for Disruption of the Educational Process and Inflammatory Actions due to conduct reported in Student Behavior Referrals (SBRs) submitted by Ms. Mongelli and dated 3/2/04 and 3/1/04. [See Notice of Suspension dated 3/08; SBRs dated 3/02 and 3/01]

- 04/08/2004: JW received a one day OSS for 4/19/04 (Note: Spring Break was 4/09/04 – 4/18/04) for Abusive Language, Disruption of the Educational Process and Defiance of Authority due to conduct reported in Class Reports submitted by Ms. Mongelli and dated 3/31/04 and 4/01/04. [See Notice of Suspension dated 4/08; Class Reports dated 4/01, 3/31 and 3/31]

- 05/06/2004: Ms. Mongelli verbally reported to me several incidents of inappropriate conduct by JW in class that had taken place over the preceding two weeks. This was the first time that Ms. Mongelli reported inappropriate physical contact by JW including inappropriate physical contact of a sexual nature that occurred on 4/26, *eleven days prior to Ms. Mongelli reporting the*

CONFIDENTIAL

DEPOSITION EXHIBIT #16 Mongelli 3/30/06 ASB

D225

*incident.* It was also the first time Ms. Mongelli indicated that [JW] had directed inappropriate comments of a sexual nature toward her. I asked Ms. Mongelli if she could link the incidents of inappropriate conduct to specific dates and submit the information to me in a written narrative. The following day, *Ms. Mongelli submitted 7 SBRs to me dated 5/07, 5/06, 5/05, 5/05,* [two SBRs were submitted for 5/05] *5/04, 5/03 and 4/26.* I interviewed [JW] on the same day (5/ 7). [JW] denied misconduct. [JW] was absent from school on Monday, 5/10. [JW] did not have Ms. Mongelli's class on 5/11 and 5/12 due to testing. On 5/11, I interviewed [Student 1]. On 5/12 I interviewed [Student 2] (Note: These were the only students that agreed to make statements. The other students indicated that they had not witnessed inappropriate behavior by [JW] and declined to make statements.) The statements provided by [Student 1] and [Student 2] substantiated many of the violations reported by Ms. Mongelli on the SBRs submitted on 5/07 (although neither student reported witnessing the 4/26 incident). On 5/13 I met [JW] prior to the start of class in Ms. Mongelli's room and brought him to my office where I informed [JW] of his 5-day OSS for Inflammatory Actions, Abusive Language and Defiance of Authority. Subsequent to the suspension from school, I reported the incidents to the School Resource Officer, Detective Alex Nowell. [See SBRs dated 5/07, 5/06, 5/05, 5/05, 5/04, 5/03 and 4/26; Notice of Suspension dated 05/13; notes from interview with [JW] signed and dated 5/07; Test Schedule for May 10, 11, & 12; notes from interview with [Student 1] signed and dated 5/11; notes from interview with [Student 2] signed and dated 5/12]

It is important to note the following:

- Information pertaining to the disciplinary actions of [JW] was communicated to Ms. Mongelli via carbon copies of SBRs and Class Reports as well as verbally.

- Subsequent to the 4/08 OSS and prior to the report of misconduct on 5/06, I specifically asked Ms. Mongelli during a conversation in the hallway how things were going with [JW]. Ms. Mongelli reported that things were going "better" and that [JW] "was no longer a problem."

- From the time of Ms Mongelli's verbal report on 5/06 of inappropriate conduct of a sexual nature by [JW], [JW] never returned to Ms. Mongelli's class with the one exception of that same day. [JW] did attend class on 5/06 because of a miscommunication regarding the period rotation at the end of the day. *After 5/06, [JW] never again was present in Ms. Mongelli's class.* [See Rotation Schedule 9/12/03 and Attendance Reports]

- Subsequent to [JW]'s OSS on 5/13, I verbally notified the principal of John Dickinson High School, Mr. Chad Carmack, of the situation and my intention to notify appropriate district office personnel of the situation.

CONFIDENTIAL

- Subsequent to the 5/13 OSS, I notified assistant superintendent, Ms. Diane Dunmon, of the situation. This was in accordance with district policies and procedures.

- Subsequent to the 5/13 OSS, I notified assistant superintendent, Dr. Mark Zawislak, of the situation and asked for guidance concerning the appropriate steps for further disciplinary action given JW's status as a special education student. Dr. Zawislak recommended an IEP / Manifestation Meeting. I notified Dickinson's school psychologist, Dr. Janine Carello, and the school's educational diagnostician, Ms. Kristen Norten, to arrange the meeting that was held on 6/3/04.

- Subsequent to JW's OSS on 5/13, I told Ms. Mongelli on more than one occasion that SRO Nowell wanted to speak to her regarding the incidents.

- Following SRO Nowell's investigation, JW was arrested and charged with Unlawful Sexual Contact Third Degree, Sexual Harassment and Offensive Touching. A Superintendent's Student Conduct Report (Housebill) was filed. [See Superintendent's Student Conduct Report Incident ID 45762]

- An IEP / Manifestation Meeting was held on 6/03/2004 and it was determined that the inappropriate conduct by JW which resulted in the OSS on 5/13 was a manifestation of his disability. [See Minutes from Meeting dated 6/03/04]

- Individuals notified of the situation included Ms. Mongelli, JW, Ms. redacted (mother), as well as the school resource officer (state police), educational diagnostician, school psychologist, principal and two assistant superintendents.

- JW did not return to school following his suspension.

I believe the events outlined above demonstrate that, acting as an agent of the Red Clay Consolidated School District, in the capacity of assistant principal at John Dickinson High School, I took a course of action that was judicious, transparent and appropriate in addressing the situation involving Ms. Mongelli and JW.

CONFIDENTIAL

D227



RED CLAY CONSOLIDATED SCHOOL DISTRICT

Robert J. Andrzejewski, Ed.D.
*Superintendent*

Administrative Offices
2916 Duncan Road
Wilmington, DE 19808

Human Resources

(302) 683-6658
FAX (302) 636-8778

Debra Davenport
*Manager*

Debra.Davenport@redclay.k12.de.us

January 14, 2005

Ms. Christine Mongelli
504 Blackbird Drive
Hockessin, DE 19707

Dear Ms. Mongelli:

The District is pleased to offer you a position effective January 19, 2005, as an elementary teacher at Warner Elementary School. This offer is an unconditional offer and is not dependent upon resolution of your complaint against the District. Your salary, annualized, will be $50,978.

Please advise my office no later than January18, as to whether you accept this employment offer.

Sincerely,

Debra Davenport

Debra Davenport, Manager
Human Resources

cc: Fred D'Angelo, Esq.
Diane Dunmon

The Red Clay Consolidated School District does not discriminate on the basis of race, color, national origin, religion, sex, age, or disability in its programs, activities or employment practices as required by Title VI, Title IX and Section 504. The district coordinator of compliance is: Administrator of Human Resources Development, RCCSD, 2916 Duncan Road, Wilmington, DE 19808 (302) 683-6662.



file
personnel
file

RECEIVED
Human Resources

2005 ... 3:15

DEPOSITION
EXHIBIT
#25
3/30/06 AJB

January 13, 2005

To: Debra Davenport, Manager
Human Resources
2916 Duncan Road
Wilmington, Delaware 19808

Dear Ms. Davenport:

I accept your offer of a position effective January 19, 2005, as an elementary teacher at Warner Elementa School.

Sincerely,
Christina Mongelli
Christina Mongelli
January 18, 2005

D167

1/18/2005 1:03 PM FROM: Fax TO: 3026566778 PAGE: 001 OF 001