# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

CHRISTINA MONGELLI,        :
    Plaintiff,            :
                     :
     v.                : Civil Action No. 05-359 SLR
                     :
RED CLAY CONSOLIDATED SCHOOL   :
DISTRICT BOARD OF EDUCATION; *et al.,*  :
    Defendants.           :

## MOTION FOR EXTENSION OF TIME
## TO FILE BRIEF AND APPENDIX

The Plaintiff hereby moves the Court to grant an extension of time for the Plaintiff to file a Brief and Appendix in opposition to the Defendants' Motion for Summary Judgment, which was filed on January 31, 2007. Under Local Rule 7.1.2(a), the Plaintiff's Brief is due on or before February 14, 2006.

Due to existing commitments, including the filing of Petitioner's Main Brief in C*apano v. Carroll,* C.A. 06-58 ***, which is due on February 20, 2007, Plaintiff will be unable to complete the Brief and Appendix by February 14, 2007 and is requesting leave to file the Brief and Appendix on or before March 5, 2007.

This request is not opposed by the Defendants.

                     */s/ Joseph M. Bernstein*
                     JOSEPH M. BERNSTEIN (#780)
                     800 N. King Street - Suite 302
                     Wilmington, DE 19801
                     303-656-9850
                     E-Mail: jmbern001@comcast.net
                     Attorney for Plaintiff

Dated: February 5, 2007