IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CHRISTINA MONGELLI,**<br>    **Plaintiff,** | :<br>:<br>: |
| **v.** | : Civil Action No. 05-359 SLR<br>: |
| **RED CLAY CONSOLIDATED SCHOOL**<br>**DISTRICT BOARD OF EDUCATION;** *et al.,*<br>    **Defendants.** | :<br>:<br>: |

**ORDER**

      **AND NOW**, this _____ day of February, 2007**, IT IS ORDERED** that Plaintiff's Brief and Appendix in opposition to Defendants' Motion for Summary Judgment shall be filed on or before _____, 2007.

 

                                                                                     _____
                                                                                   Sue L. Robinson, District Judge