IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINA MONGELLI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 05-359 SLR |
| v. ) | |
| ) | TRIAL BY JURY DEMANDED |
| RED CLAY CONSOLIDATED SCHOOL DISTRICT ) | |
| BOARD OF EDUCATION; IRWIN J. BECNEL, JR., ) | |
| CHARLES CAVANAUGH, GARY LINARDUCCI, ) | |
| LORETTA C. RICE, JAMES D. TAYLOR, MARTIN A. ) | |
| WILSON, SR., INDIVIDUALLY AND IN THEIR ) | |
| OFFICIAL CAPACITIES AS MEMBERS OF THE RED ) | |
| CLAY CONSOLIDATED SCHOOL DISTRICT BOARD OF ) | |
| EDUCATION; ROBERT J. ANDRZEJEWSKI, ) | |
| INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS ) | |
| SUPERINTENDENT OF THE RED CLAY ) | |
| CONSOLIDATED SCHOOL DISTRICT; AND RED CLAY ) | |
| CONSOLIDATED SCHOOL DISTRICT, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

I, Barry M. Willoughby, Esquire, hereby certify that on February 9, 2007, copies of Defendants' Responses to Plaintiff's Second Request for Production were hand delivered to the following counsel of record:

> Joseph M. Bernstein, Esquire
> 800 North King Street, Suite 302
> Wilmington, DE 19801

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/ *Barry M. Willoughby*
> Barry M. Willoughby, Esquire (No. 1016)
> Michael P. Stafford, Esquire (No. 4461)
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, Delaware  19879-0391
> Telephone: (302) 571-6666; Facsimile (302) 576-3345
> bwilloughby@ycst.com; mstafford@ycst.com
> Attorneys for Defendant,
> Red Clay Consolidated School District

Dated:  February 9, 2007