**CERTIFICATE OF SERVICE**

    I hereby certify that on March 5, 2007, I electronically filed the foregoing Plaintiff's Answering Brief in Opposition to Defendants' Motion for Summary Judgment with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Barry M. Willoughby, Esquire
>Michael P. Stafford, Esquire
>Young, Conaway, Stargatt & Taylor, LLP
>The Brandywine Building
>1000 West Street - 17th Floor
>Wilmington, DE 19801
>Attorneys for Defendants

    I hereby further certify that a paper copy of the above was sent to the above attorneys for the defendants by Hand Delivery.

>*/ s/ Joseph M. Bernstein*
>JOSEPH M. BERNSTEIN (Bar #780)
>800 N. King Street - Suite 302
>Wilmington, DE 19801
>302-656-9850
>E-mail: jmbern001@comcast.net