**THIS DOCUMENT IS FILED UNDER SEAL**