**CERTIFICATE OF SERVICE**

      I hereby certify that on March 5, 2007, I electronically filed Under Seal the foregoing Appendix to Plaintiff's Answering Brief in Opposition to Defendants' Motion for Summary Judgment with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> Barry M. Willoughby, Esquire
> Michael P. Stafford, Esquire
> Young, Conaway, Stargatt & Taylor, LLP
> The Brandywine Building
> 1000 West Street - 17th Floor
> Wilmington, DE 19801
> Attorneys for Defendants

      I hereby further certify that a paper copy of the above was sent to the above attorneys for the defendants by Hand Delivery.

> /s/ Joseph M. Bernstein
> JOSEPH M. BERNSTEIN (Bar #780)
> 800 N. King Street - Suite 302
> Wilmington, DE 19801
> 302-656-9850
> E-mail: jmbern001@comcast.net