IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINA MONGELLI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 05-359-SLR |
| ) | |
| RED CLAY CONSOLIDATED SCHOOL ) | TRIAL BY JURY |
| DISTRICT BOARD OF EDUCATION, ) | DEMANDED |
| et al., ) | |
| Defendants. ) | |

## STIPULATION

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for Defendants to file its Reply Brief is March 16, 2007.

JOSEPH M. BERNSTEIN, ESQUIRE
ATTORNEY AT LAW

/s/ Joseph M. Bernstein
Joseph M. Bernstein, Esquire (I.D. # 780)
800 North King Street, Suite 302
Wilmington, DE 19801-3544
Telephone: (302) 656-9850
Facsimile: (302) 656-9836
jmbern001@comcast.net
Attorney for Plaintiff

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

/s/ Barry M. Willoughby
Barry M. Willoughby, Esquire (I.D. #1016)
Michael P. Stafford, Esquire (I.D. #4461)
The Brandywine Building
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6666; (302) 571-6553
Facsimile: (302) 576-3345; (302) 576-3470
bwilloughby@ycst.com; mstafford@ycst.com
Attorneys for Defendants

Dated: March 12, 2007

SO ORDERED this _____ day of March, 2007.

_____
United States District Court Judge