IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTINA MONGELLI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C. A. No. 05-359-SLR |
| | ) | |
| RED CLAY CONSOLIDATED SCHOOL DISTRICT BOARD OF EDUCATION, et al., | ) ) ) | TRIAL BY JURY DEMANDED |
| Defendants. | ) | |

## MOTION FOR EXTENSION OF TIME TO FILE DEFENDANTS' REPLY BRIEF

Defendants hereby respectfully request an extension of the filing date for their Reply Brief in the instant matter from Friday, March 16, 2007 until Monday, March 19, 2007. Counsel for Defendants attempted to confer with Plaintiff's counsel prior to the filing of this Motion, but have been unable to reach him. Upon information and belief, counsel for the Plaintiff is out-of-town until March 22, 2007. Plaintiff's counsel previously indicated, however, that he had no objection to a further extension of the filing date for Defendants' Reply Brief.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Barry M. Willoughby
Barry M. Willoughby, Esquire (I.D. #1016)
Michael P. Stafford, Esquire (I.D. #4461)
The Brandywine Building
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6666; (302) 576-3345
bwilloughby@ycst.com; mstafford@ycst.com
Attorneys for Defendants

Dated: March 16, 2007

SO ORDERED this _____ day of March, 2007.

_____
The Honorable Sue L. Robinson
United States District Court Judge