March 20, 2007

The Honorable Sue L. Robinson
United States District Court
844 King Street
Wilmington, DE 19801

**Re: Mongelli v. Red Clay School District, C.A. 05-359 SLR**

Dear Judge Robinson:

     In accordance with Local Rule 7.1.4, the plaintiff hereby requests oral argument on the defendants' pending Motion for Summary Judgment. The defendants' Reply Brief was filed on march 19, 2007.

                                          Respectfully yours,

                                          */s/ Joseph M. Bernstein*
                                          Attorney for Plaintiff

JMB/jm
cc: Barry M. Willoughby, Esquire (by CM/ECF)