IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINA MONGELLI, )<br>)<br>Plaintiff, )<br>) C.A. No. 05-359-SLR<br>v. )<br>) TRIAL BY JURY DEMANDED<br>RED CLAY CONSOLIDATED SCHOOL DISTRICT )<br>BOARD OF EDUCATION; IRWIN J. BECNEL, JR., )<br>CHARLES CAVANAUGH, GARY LINARDUCCI, )<br>LORETTA C. RICE, JAMES D. TAYLOR, MARTIN A. )<br>WILSON, SR., INDIVIDUALLY AND IN THEIR )<br>OFFICIAL CAPACITIES AS MEMBERS OF THE RED )<br>CLAY CONSOLIDATED SCHOOL DISTRICT BOARD OF )<br>EDUCATION; ROBERT J. ANDRZEJEWSKI, )<br>INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS )<br>SUPERINTENDENT OF THE RED CLAY )<br>CONSOLIDATED SCHOOL DISTRICT; AND RED CLAY )<br>CONSOLIDATED SCHOOL DISTRICT, )<br>)<br>Defendants. ) | |

## NOTICE OF SERVICE

I, Barry M. Willoughby, Esquire, hereby certify that on April 6, 2007, copies of Defendants' Initial Disclosures Pursuant to Rule 26(a) were hand delivered to the following counsel of record:

> Joseph M. Bernstein, Esquire
> 800 North King Street, Suite 302
> Wilmington, DE 19801

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/ *Barry M. Willoughby*
> Barry M. Willoughby, Esquire (No. 1016)
> Michael P. Stafford, Esquire (No. 4461)
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, Delaware  19879-0391
> Telephone: (302) 571-6666; Facsimile (302) 576-3345
> bwilloughby@ycst.com; mstafford@ycst.com
> Attorneys for Defendants

Dated:  April 6, 2007