IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTINA MONGELLI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-359-SLR |
| | ) | |
| RED CLAY CONSOLIDATED SCHOOL | ) | TRIAL BY JURY |
| DISTRICT BOARD OF EDUCATION, | ) | DEMANDED |
| et al., | ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER

The parties, by and through the undersigned counsel, and subject to the approval of the Court, hereby stipulate and agree as follows:

1. Plaintiff's claim for back pay is limited to the period from July 1, 2004 until January 19, 2005. Plaintiff does not seek back pay for the period January 20, 2005 through the date of trial.

2. Plaintiff does not seek, and waives any claim for, front pay, future wage loss, or other economic or special damages.

| | |
|---|---|
| JOSEPH M. BERNSTEIN, ESQUIRE<br>ATTORNEY AT LAW | YOUNG CONAWAY STARGATT<br>& TAYLOR, LLP |
| /s/ *Joseph M. Bernstein* | /s/ *Barry M. Willoughby* |
| Joseph M. Bernstein, Esquire (I.D. # 780)<br>800 North King Street, Suite 302<br>Wilmington, DE 19801-3544<br>Telephone: (302) 656-9850<br>Facsimile: (302) 656-9836<br>jmbern001@comcast.net<br>Attorney for Plaintiff | Barry M. Willoughby, Esquire (I.D. #1016)<br>Michael P. Stafford, Esquire (I.D. #4461)<br>The Brandywine Building<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>Telephone: (302) 571-6666; (302) 571-6553<br>Facsimile: (302) 576-3345; (302) 576-3470<br>bwilloughby@ycst.com; mstafford@ycst.com<br>Attorneys for Defendants |

SO ORDERED this ____ day of _____, 2007.

                                                              _____
                                                              United States District Court Judge