**CERTIFICATE OF SERVICE**

      I hereby certify that on May 21, 2007, I electronically filed the foregoing Motion in Limine with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Barry M. Willoughby, Esquire
>Michael P. Stafford, Esquire
>Young, Conaway, Stargatt & Taylor, LLP
>The Brandywine Building
>1000 West Street - 17th Floor
>Wilmington, DE 19801
>Attorneys for Defendants

> / s/ Joseph M. Bernstein
>JOSEPH M. BERNSTEIN (Bar #780)
>800 N. King Street - Suite 302
>Wilmington, DE 19801
>302-656-9850
>E-mail: jmbern001@comcast.net