IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CHRISTINA MONGELLI,

             Plaintiff,

v.

RED CLAY CONSOLIDATED SCHOOL DISTRICT BOARD OF EDUCATION; IRWIN J. BECNEL, JR., CHARLES CAVANAUGH, GARY LINARDUCCI, LORETTA C. RICE, JAMES D. TAYLOR, MARTIN A. WILSON, SR., INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES AS MEMBERS OF THE RED CLAY CONSOLIDATED SCHOOL DISTRICT BOARD OF EDUCATION; ROBERT J. ANDRZEJEWSKI, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS SUPERINTENDENT OF THE RED CLAY CONSOLIDATED SCHOOL DISTRICT; AND RED CLAY CONSOLIDATED SCHOOL DISTRICT,

             Defendants.

C.A. No. 05-359-SLR

TRIAL BY JURY DEMANDED

## ORDER

Defendants' Motion in Limine for an Order excluding any documents or other evidence concerning the Family Court charges against JW, and disposition of those charges, having been duly presented and heard by the Court,

IT IS NOW HEREBY ORDERED this _____ day of _____, 2007, that Defendants' Motion is hereby granted.

_____
Sue L. Robinson, Chief Judge