## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2007, I electronically filed a true and correct copy of the foregoing Defendants' Motion in Limine to Exclude Any Evidence Concerning JW's Charge and Family Court Disposition, Proposed Order, and Notice of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Joseph M. Bernstein, Esquire
> 800 North King Street, Suite 302
> Wilmington, DE 19801

I further certify that on May 23, 2007, I caused a copy of the foregoing to be served by hand-delivery on the following counsel of record:

> Joseph M. Bernstein, Esquire
> 800 North King Street, Suite 302
> Wilmington, DE 19801

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Barry M. Willoughby*
Barry M. Willoughby, Esquire (No. 1016)
Michael P. Stafford, Esquire (No. 4461)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6666
Facsimile: (302) 576-3345
Email: bwilloughby@ycst.com
Attorneys for Defendants

Dated: May 23, 2007