IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINA MONGELLI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| RED CLAY CONSOLIDATED SCHOOL DISTRICT ) | C.A. No. 05-359-SLR |
| BOARD OF EDUCATION; IRWIN J. BECNEL, JR., ) | |
| CHARLES CAVANAUGH, GARY LINARDUCCI, ) | |
| LORETTA C. RICE, JAMES D. TAYLOR, MARTIN A. ) | |
| WILSON, SR., individually and in their official capacities as ) | TRIAL BY JURY DEMANDED |
| members of the Red Clay Consolidated School District Board ) | |
| of Education; ROBERT J. ANDRZEJEWSKI, individually ) | |
| and in his official capacity as Superintendent of the Red Clay ) | |
| Consolidated School District; AND RED CLAY ) | |
| CONSOLIDATED SCHOOL DISTRICT, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Defendants' Motion in Limine for an Order excluding any documents or other evidence concerning any alleged misconduct and/or behavior of JW's that is not of a sexual nature having been duly presented and heard by the Court,

IT IS NOW HEREBY ORDERED this _____ day of _____, 2007, that Defendants' Motion is hereby granted.

_____
Sue L. Robinson, Chief Judge