## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2007, I electronically filed a true and correct copy of the foregoing Defendants' Motion in Limine to Exclude Any Evidence Concerning Any Alleged Misconduct and/or Behavior by JW That Is Not Of A Sexual Nature, Proposed Order, and Notice of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Joseph M. Bernstein, Esquire
>800 North King Street, Suite 302
>Wilmington, DE 19801

I further certify that on May 23, 2007, I caused a copy of the foregoing to be served by hand-delivery on the following counsel of record:

>Joseph M. Bernstein, Esquire
>800 North King Street, Suite 302
>Wilmington, DE 19801

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>*/s/ Barry M. Willoughby*
>─────────────────────────────
>Barry M. Willoughby, Esquire (No. 1016)
>Michael P. Stafford, Esquire (No. 4461)
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, Delaware 19899-0391
>Telephone: (302) 571-6666
>Facsimile: (302) 576-3345
>Email: bwilloughby@ycst.com
>Attorneys for Defendants

Dated: May 23, 2007