IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CHRISTINA MONGELLI,** | : |
|     Plaintiff, | : |
| | : |
|     v. | : Civil Action No. 05-359 SLR |
| | : |
| **RED CLAY CONSOLIDATED SCHOOL** | : |
| **DISTRICT BOARD OF EDUCATION;** *et al.,* | : |
|     Defendants. | : |

**NOTICE OF SERVICE**

Pursuant to Local Rule 5.4, the undersigned hereby certifies that Plaintiff's Second Supplement to Plaintiff's Answers to Defendant's Interrogatoriess were served as noted below on May 24, 2007 upon the following:

    Barry M. Willoughby, Esquire
    Michael P. Stafford, Esquire
    Young, Conaway, Stargatt & Taylor, LLP
    The Brandywine Building
    1000 West Street - 17th Floor
    Wilmington, DE 19801
    **By First Class Mail**

    /s/ Joseph M. Bernstein
    JOSEPH M. BERNSTEIN (#780)
    800 N. King Street - Suite 302
    Wilmington, DE 19801
    303-656-9850
    E-Mail: jmbern001@comcast.net
    Attorney for Plaintiff