## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CHRISTINA MONGELLI,** <br>     Plaintiff, <br> <br> v. <br> <br> **RED CLAY CONSOLIDATED SCHOOL DISTRICT BOARD OF EDUCATION,** *et al.* <br>     Defendants. | : <br> : <br> : <br> : Civil Action No. 05-359 SLR <br> : <br> : <br> : <br> : <br> : |

### PLAINTIFF'S PROPOSED JURY VOIR DIRE

1. We estimate the trial of this case to take approximately ____ days, starting on June 18, 2007. Is there any reason why you cannot serve during this period?

2. Do you know the attorneys in this case. The Plaintiff is represented by Joseph M. Bernstein. The defendants are represented by Barry M. Willoughby and Michael P. Stafford of the law firm of Young, Conaway, Stargatt & Taylor. Have you or a member of your immediate family ever been represented by these attorneys or by the defendants' attorneys' law firm?

3. Do you or a member of your immediate family know any officer, director or employee of, or have ever done business with, the Red Clay Consolidated School District or the Red Clay Consolidated School District Board of Education.

4. Do you know any of the following persons who might be called to testify as witnesses?

(read list)

6. Do you have any bias or prejudice either for or against the plaintiff or the defendant?

7. Is there any reason why you cannot give this case your undivided attention?

8. Do you have any medical or health related condition that might impair your ability to serve as a juror?

9. Do you know anything about this case, or have you read about the case or heard it discussed?

10. Have you or any member of your immediate family or a close relative ever attended John Dickinson High School?

    11. Do you presently reside within the boundaries of the Red Clay Consolidated School District?

    12. Have you or any member of your immediate family or a close relative been diagnosed with a learning or behavioral disability or placed in a special education class in elementary, middle or high school.

    /s/ Joseph M. Bernstein
JOSEPH M. BERNSTEIN (#780)
800 N. King Street - Suite 302
Wilmington, DE 19801
302-656-9850
Attorney for Plaintiff

Dated: June 1, 2007