IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CHRISTINA MONGELLI,**<br>　　Plaintiff, | :<br>:<br>: |
| 　　v. | : **Civil Action No. 05-359 SLR**<br>:<br>: |
| **RED CLAY CONSOLIDATED SCHOOL DISTRICT BOARD OF EDUCATION,** *et al.*<br>　　Defendants. | :<br>:<br>: |

## CERTIFICATE OF SERVICE

　　I hereby certify that on June 1, 2007, I electronically filed the foregoing Plaintiff's Proposed Jury Voir Dire with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>　Barry M. Willoughby, Esquire
>　Michael P. Stafford, Esquire
>　Young, Conaway, Stargatt & Taylor, LLP
>　The Brandywine Building
>　1000 West Street - 17th Floor
>　Wilmington, DE 19801

>　　/s/ Joseph M. Bernstein
>　JOSEPH M. BERNSTEIN (Bar #780)
>　800 N. King Street - Suite 302
>　Wilmington, DE 19801
>　302-656-9850
>　E-mail: jmbern001@comcast.net