IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTINA MONGELLI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-359-SLR |
| | ) | |
| RED CLAY CONSOLIDATED SCHOOL DISTRICT BOARD OF EDUCATION; IRWIN J. BECNEL, JR., CHARLES CAVANAUGH, GARY LINARDUCCI, LORETTA C. RICE, JAMES D. TAYLOR, MARTIN A. WILSON, SR., INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES AS MEMBERS OF THE RED CLAY CONSOLIDATED SCHOOL DISTRICT BOARD OF EDUCATION; ROBERT J. ANDRZEJEWSKI, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS SUPERINTENDENT OF THE RED CLAY CONSOLIDATED SCHOOL DISTRICT; AND RED CLAY CONSOLIDATED SCHOOL DISTRICT, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | TRIAL BY JURY DEMANDED |
| Defendants. | ) | |

## STIPULATION AND ORDER

The parties, by and through the undersigned counsel, and subject to the approval of the Court, here by stipulate and agree as follows:

1. Plaintiff, Christine Mongelli, returned to teaching at the Defendant, Red Clay Consolidated School District, on January 19, 2005 as a teacher at the Warner Middle School.

2. Plaintiff's employment contract was not renewed, effective June 30, 2005.

3.      Defendant's non-renewal of Plaintiff's employment contract, effective June 30, 2005 is not in issue in this litigation and Plaintiff does not claim any damages as a result of her non-renewal at that time.

| | |
|---|---|
| JOSEPH M. BERNSTEIN, ESQUIRE<br>ATTORNEY AT LAW | YOUNG CONAWAY STARGATT<br>& TAYLOR, LLP |
| */s/ Joseph M. Bernstein*<br>Joseph M. Bernstein, Esquire  (I.D. # 780)<br>800 North King Street, Suite 302<br>Wilmington, DE 19801-3544<br>Telephone: (302) 656-9850<br>Facsimile: (302) 656-9836<br>jmbern001@comcast.net<br>Attorney for Plaintiff | */s/ Barry M. Willoughby*<br>Barry M. Willoughby, Esquire (I.D. #1016)<br>Michael P. Stafford, Esquire (I.D. #4461)<br>The Brandywine Building<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>Telephone: (302) 571-6666; (302) 571-6553<br>Facsimile: (302) 576-3345; (302) 576-3470<br>bwilloughby@ycst.com; mstafford@ycst.com<br>Attorneys for Defendants |

SO ORDERED this _____ day of _____, 2007.

_____
United States District Court Judge