# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BARRY M. WILLOUGHBY
DIRECT DIAL: (302) 571-6666
DIRECT FAX: (302) 576-3345
bwilloughby@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

June 1, 2007

**BY CM/ECF**
The Honorable Sue L. Robinson
United States District Court
844 North King Street
Lock Box 31
Wilmington, DE 19801

       Re:    Mongelli v. Red Clay Consolidated School District, et al.
                 Civil Action No. 05-359-SLR

Dear Judge Robinson:

       The parties have today filed the Pretrial Stipulation and Jury Instructions, Voir Dire, and related documents in connection with the trial now scheduled for June 18, 2007. Mr. Bernstein requested that I advise the Court that Defendants took responsibility for the filing because he is involved in another hearing today.

                                                     Respectfully,

                                                     /s/ *Barry M. Willoughby*

                                                     Barry M. Willoughby (I.D. No. 1016)

BMW:mmcm
cc:    Clerk, U.S. District Court
        Joseph M. Bernstein, Esquire
        Michael P. Stafford, Esquire