IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINA MONGELLI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 05-359-SLR |
| ) | |
| RED CLAY CONSOLIDATED SCHOOL ) | TRIAL BY JURY |
| DISTRICT BOARD OF EDUCATION, ) | DEMANDED |
| et al., ) | |
| Defendants. ) | |

## NOTICE OF DEPOSITION

To: Joseph M. Bernstein, Esquire
800 North King Street, Suite 302
Wilmington, DE 19801

Please take notice that the undersigned will take the oral and video deposition of Rachel Williams, on Friday, June 8, 2007, at 9:00 a.m., and continuing thereafter from hour to hour and day to day until completion, at the offices of Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, Wilmington, Delaware 19801.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Barry M. Willoughby*

Barry M. Willoughby, Esquire (Bar I.D. 1016)
Michael P. Stafford, Esquire (I.D. #4461)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6666
Facsimile: (302) 576-3345
Email: bwilloughby@ycst.com; mstafford@ycst.com
Attorneys for Defendants

Date: June 4, 2007