IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINA MONGELLI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-359-SLR |
| | ) |
| RED CLAY CONSOLIDATED SCHOOL | ) |
| DISTRICT BOARD OF EDUCATION, | ) |
| and RED CLAY CONSOLIDATED | ) |
| SCHOOL DISTRICT, | ) |
| | ) |
| Defendants. | ) |

# ORDER

At Wilmington this 4th day of June, 2007, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that defendants' motion for summary judgment (D.I. 59) is granted. The Clerk of Court is instructed to enter judgment in favor of defendants and against plaintiff.

_____
United States District Judge