IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

CHRISTINA MONGELLI, )
)
    Plaintiff, )
)
v. ) Civ. No. 05-359-SLR
)
RED CLAY CONSOLIDATED SCHOOL )
DISTRICT BOARD OF EDUCATION )
and RED CLAY CONSOLIDATED )
SCHOOL DISTRICT, )
)
    Defendants. )

### JUDGMENT IN A CIVIL CASE

For reasons stated in the court's memorandum opinion and order of June 4, 2007;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendants Red Clay Consolidated School District Board of Education and Red Clay Consolidated School District and against plaintiff Christina Mongelli.

                                                            _____
                                                             United States District Judge

Dated: June 5, 2007

                                                             _____
                                                             (By) Deputy Clerk