IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CHRISTINA MONGELLI,** | : |
|     Plaintiff, | : |
| | : |
|     v. | : Civil Action No. 05-359 SLR |
| | : |
| | : |
| **RED CLAY CONSOLIDATED SCHOOL** | : |
| **DISTRICT BOARD OF EDUCATION and** | : |
| **RED CLAY CONSOLIDATED SCHOOL** | : |
| **DISTRICT,** | : |
|     Defendants. | : |

**NOTICE OF APPEAL**

Notice is hereby given that Christina Mongelli, the Plaintiff in the above captioned action, hereby appeals to the United States Court of Appeals for the Third Circuit from the District Court's Memorandum Opinion and Order dated June 4, 2007, which granted the defendants' motion for summary judgment, and entered in the above action as a final judgment on June 7, 2007.

                                               */s/ Joseph M. Bernstein*
                                               JOSEPH M. BERNSTEIN (#780)
                                               800 N. King Street - Suite 302
                                               Wilmington, DE 19801
                                               302-656-9850
                                               E-mail: jmbern001@comcast.net
                                               Attorney for Petitioner

Dated: June 18, 2007

Thomas E. Brown, Esquire
Department of Justice
820 N. French Street
Wilmington, DE 19801
Attorney for Respondent