IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINA MONGELLI,<br>    Plaintiff, | :<br>:<br>: |
| v. | : Civil Action No. 05-359 SLR<br>:<br>: |
| RED CLAY CONSOLIDATED SCHOOL DISTRICT BOARD OF EDUCATION and RED CLAY CONSOLIDATED SCHOOL DISTRICT,<br>    Defendants. | :<br>:<br>:<br>:<br>:<br>: |

**CORRECTED NOTICE OF APPEAL**

Notice is hereby given that Christina Mongelli, the Plaintiff in the above captioned action, hereby appeals to the United States Court of Appeals for the Third Circuit from the District Court's Memorandum Opinion and Order dated June 4, 2007, which granted the defendants' motion for summary judgment, and entered in the above action as a final judgment on June 7, 2007.

                                                    */s/ Joseph M. Bernstein*
                                                    JOSEPH M. BERNSTEIN (#780)
                                                    800 N. King Street - Suite 302
                                                    Wilmington, DE 19801
                                                    302-656-9850
                                                    E-mail: jmbern001@comcast.net
                                                    Attorney for Plaintiff

Dated: June 18, 2007