**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**
No. 07-2806

Mongelli

vs.

Red Clay Consol Sch, et al.

Christina Mongelli, Appellant

(Delaware District Civil No. 05-cv-00359)

O R D E R

In accordance with the agreement of the parties in the above entitled case, it is entered dismissed by the Clerk under the authority conferred upon her by Rule 42(b), Federal Rules of Appellate Procedure without cost to either party.

Clerk:
United States Court of Appeals
for the Third Circuit
A True Copy:

Marcia M. Waldron, Clerk

Date: November 27, 2007

cc:
    Joseph M. Bernstein, Esq.
    Barry M. Willoughby, Esq.
    Michael P. Stafford, Esq.